FILED
APR 11 2008 NF,
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: DEAN E. COCHRAN - PRO SE
(Please print)

STREET ADDRESS: 9335 S. MERRILL AVENUE

CITY/STATE/ZIP: CHICAGO, IL. 60617

PHONE NUMBER: 773-731-9302

CASE NUMBER: 08CV2080
JUDGE COAR
MAGISTRATE JUDGE KEYS

Signature: Dean C. Cochran        Date: 4-10-08