# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2080 | **DATE** | 4/25/2008 |
| **CASE TITLE** | Donald Cochran v. Lasalle Bank, N.A., et al | | |

**DOCKET ENTRY TEXT**

The Plaintiff, Dean E. Cochran has filed at least nine other cases in this court, dating back to 1992. All have been dismissed for lack of subject matter jurisdiction or his failure to timely take some action required by law. While the facts alleged and relief sought in this case suggest only the (mere) outline of a jurisdictional basis, this court will not address the jurisdictional issue at this point. However, the litigation history of the this plaintiff suggests that he should be denied the right to proceed pro se and instead should put the amount of money representing the filing fee at risk before subjecting other parties and this court to the burden of further consideration of this matter. Accordingly, the In Forma Pauperis Application [4] is denied     /s/ David H. Coar,
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Order Form (01/2005)    Case 1:08-cv-02080    Document 5    Filed 04/25/2008    Page 1 of 1