MAY 09 2008

**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS .N
EASTERN DIVISION

MAY X 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Dean E. Cochran, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **D.C. Judge**:  **David H. Coar** |
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| | ) | **D.C. Case No.:  08 CV 2080** |
| | ) | |
| | ) | |
| LaSalle Bank, N.A., (aka) LaSalle- | ) | |
| Bank Corporation, Bank Of America, | ) | |
| Their Affiliates, | ) | |
| | ) | |
| Defendants', | ) | |
| | ) | SS. No.:  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 |

## NOTICE OF MOTION

### IN RE:  ALL PARTIES TO THE COMPLAINT:

> **PLEASE TAKE NOTICE,** that on Wednesday, May 14th, 2008, at approximately, 9:00 A.M. C.S.T., the Plaintiff, Dean E. Cochran, will present a **Motion To Object To Ruling Or Order, dated April 25th, 2008,** before the Honorable District Court Judge:  David H. Coar, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, Courtroom No.:  1419, Chicago, Illinois  60604.  (312) 435-5649. All parties are expected to Appear and Respond, or present their Objections, on the above-stated date, stated herein..

5/9/2008

Respectfully Submitted,

*Dean C. Cochran*

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th  Street
Chicago, Illinois  60617
(773) 933-7900

Dean E. Cochran / Pro Se Counsel
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302  (Or)

1

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 9th day of May, 2008, by Plaintiff, Dean E. Cochran.

5/9/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302 **(Or)**

1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133