UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Dean E. Cochran
                           Plaintiff,

v.                                                      Case No.: 1:08–cv–02080
                                                            Honorable David H. Coar

LaSalle Bank, N.A., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the Federal Rules of Civil Procedure and [6] is denied for the same reasons stated in the order denying the Application to proceed in forma pauperis. Parties need not appear on the noticed motion date of 5/14/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.