

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran,                )<br>                                 )<br>    Plaintiff,                   )<br>                                 )<br>                                 )<br>                                 )<br>                                 )<br>                                 )<br>Vs.                              )<br>                                 )<br>                                 )<br>                                 )<br>                                 )<br>                                 )<br>LaSalle Bank, N.A., (aka) LaSalle-)<br>Bank Corporation, Bank Of America,)<br>Their Affiliates,                )<br>                                 )<br>    Defendants',                 )<br>                                 ) | <u>D.C. Judge</u>: David H. Coar<br><br><br><u>D.C. Case No.</u>: 08 CV 2080<br><br><br><br>SS. No.: 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 |

MAY 1 6 2008
**FILED**
MAY 1 6 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>NOTICE OF MOTION</u>

IN RE:  ALL PARTIES TO THE COMPLAINT:

    **PLEASE TAKE NOTICE,** that on May 22, 2008, at approximately 9:00 ? (A.M.) or P.M. C.S.T., the Plaintiff, Dean E. Cochran, will present a Motion to Vacate Order of Court dated May 13th, 2008, AND a Writ Of Attachment, and an attached Affidavit, before the Honorable Judge: TO BE DETERMINED ON MAY 19th, 2008, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Courtroom No.: 1903, Chicago, Illinois 60604. All parties are expected to Appear and Respond, or present their Objections, on the above-stated date, stated herein..

5/16/2008                                                       Respectfully Submitted,


                                                                Dean E. Cochran / Pro Se Counsel
(name of bank Man)                                              1039 W. Lawrence Avenue
LaSalle Bank, N.A.                                              Chicago, Illinois 60640
LaSalle Bank Corporation                                        (773) 561-1133 (Or)
Bank Of America
Stony Island Branch
1651 E. 95th Street

1

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 16th day of May, 2008, by Plaintiff, Dean E. Cochran.

5/16/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133  (Or)

9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2