

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| Dean E. Cochran, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   **D.C. Judge: David H. Coar** |
| | ) |
| Vs. | ) |
| | ) |
| | ) |
| | )   **D.C. Case No.: 08 CV 2080** |
| | ) |
| LaSalle Bank, N.A., (aka) LaSalle Bank Corp.-Oration, Bank Of America, | ) |
| | )   MAY 1 6 2008 |
| Defendants', | )   **FILED** |
| | ) |
| SS. No.: 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 | )   MAY 1 6 2008  TC |

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

    Dean E. Cochran, Pro Se Counsel, being duly sworn, states:
I am the Pro Se Counsel Plaintiff, for the Plaintiff, Dean E. Cochran, and make this affidavit on the Plaintiff's behalf.
    LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, is indebted to the Plaintiff in the sum of $2.4 Billion Dollars, interest included, from April 11th, 2008, over and above all legal set-offs. The sum is due upon an Implied Contract.
    This allegation of indebtedness is made upon information derived from a, Direct-Deposit Application, now in my possession executed by Defendant and delivered by Defendant to the Plaintiff, dated at approximately April 9th, 2006, for the approximate amount of $35 Million Dollars per month, **($35,000,000.00),** from Defendant Bank One, (LaSalle Bank, N.A.), and the approximate amount of $35 Million Dollars per month, ($35,000,000.00) from Defendant Bank Two, located from an undisclosed Houston, Texas address. Defendant, has admitted this to me, the execution, of the Direct-Deposits, and the nonpayment.
    I further say that I have good reason to believe that the Defendant has potentially, assigned, conveyed, disposed of and concealed, or is about to assign, convey, dispose of and conceal Plaintiff's property, or some part of it, with intend to defraud Plaintiff.

1

Subscribed and sworn before me this 16th day of May, 2008.

_____
Notary Public:

*"OFFICIAL SEAL"*
*HEINRICH ERNST*
*Notary Public, State of Illinois*
*My Commission Expires Dec. 14, 2008*

5/16/2008

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, Affidavit F.R.C.P. 64,** was had by delivering a true copy thereof, to the Clerk of Court of the United States District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and the address of the Defendants', LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, its Affiliate Bank Of America, Stone Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 16th, day of May, 2008, by Plaintiff, Dean E. Cochran.

5/16/2008

C/O Bank Manager
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) 773 768-4011

Dean E. Cochran/ Pro Se Plaintiff
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2