**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Dean E. Cochran
                       Plaintiff,

v.                                                Case No.: 1:08–cv–02080
                                                       Honorable David H. Coar

LaSalle Bank, N.A., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

    MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th,[9] is denied. Parties need not appear on the noticed motion date of 5/22/2008.Mailed & Telephone notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.