UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 22 2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **D.C. Judge**: David H. Coar |
| ) | |
| Vs. ) | |
| ) | **D.C. Case No.:** 08 CV 2080 |
| ) | |
| LaSalle Bank, N.A., (aka) LaSalle- ) | |
| Bank Corporation, Bank Of America, ) | |
| Their Affiliates, ) | |
| ) | |
| Defendants', ) | |
| ) | SS. No.: 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 |

### NOTICE OF MOTION

**IN RE: ALL PARTIES TO THE COMPLAINT:**

    **PLEASE TAKE NOTICE,** that on Monday, June 2nd, 2008, at approximately, 9:00 A.M. C.S.T., the Plaintiff, Dean E. Cochran, will present a **Motion To Disqualify Judge**, before the Honorable Judge: David H. Coar, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, Courtroom No.: 1403, Chicago, Illinois 60604. All parties are expected to Appear and Respond, or present their Objections, on the above-stated date, stated herein..

6/2/2008

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900

Respectfully Submitted,

_/s/ Dean C. Cochran_
Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133 (Or)

1

## CERTIFICATE OF SERVICE

_____**SERVICE OF THE FOREGOING, NOTICE OF MOTION,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, and to the address of the Payee Representative, Sydney F. Cochran, located at 9335 South Merrill Avenue, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 22nd day of May, 2008, by Plaintiff, Dean E. Cochran.

5/22/2008  
(name of Bank Man.)  
LaSalle Bank, N.A.  
LaSalle Bank Corporation  
Bank Of America  
Stony Island Branch  
1651 E. 95th Street  
Chicago, Illinois 60617  
(773) 933-7900  
(Fax) (773) 768-4011  

Dean E. Cochran / Pro Se Plaintiff  
1039 W. Lawrence Avenue  
Chicago, Illinois 60640  
(773) 561-1133 (Or)  

9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302