# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2080 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Cochran vs. LaSalle Bank, N.A., et al | | |

**DOCKET ENTRY TEXT**

The Plaintiff in this case has moved to disqualify the undersigned as the judge in this case pursuant to 28 U.S.C.A. §§ 144 and 455. In his affidavit in support of the motion, the Plaintiff cites nothing other than the fact that he believes that the decisions of this Court violates his rights and are incorrect. His remedy is to appeal those decisions, not to change judges until he finds one who agrees with him. If the Court of Appeals reverses this Court's rulings on the merits, it has the discretion to require assignment of the case to another judge. Therefore, Plaintiff's Motion to disqualify judge [13] is denied. Movant need not appear on the noticed motion date of 6/2/2008.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|