UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **D.C. Judge**: David H. Coar |
| ) | |
| Vs. ) | |
| ) | |
| ) | **D.C. Case No.:** 08 CV 2080 |
| ) | |
| LaSalle Bank, N.A., (aka) LaSalle- ) | |
| Bank Corporation, Bank Of America, ) | |
| Their Affiliates, ) | |
| ) | |
| Defendants', ) | |
| ) | SS. No.: 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 |

## MOTION FOR STAY OF EXECUTION, OR OTHER PROCEEDINGS FOR ENFORECMENT, OF JUDGMENT UNTIL DISPOSITION OF MOTION FOR OTHER SPECIFIED RELIEF—
### [FR.C.P. 7 (b), 62 (b)]

1.   Dean E. Cochran, the above-named Plaintiff, by himself, as Pro Se Counsel, moves the court for an Order Staying enforcement of the judgment entered in this action, on May 21st, 2008, [or any supplementary proceeding in aid of execution of the judgment], pending disposition of Plaintiff's motion for a "new trial", and or the granting of Plaintiff's, Motion to Vacate, filed on May 16th, 2008, by Order of Court, dated, May 13th, 2008.

2.   This Motion is based on Rule 62 (b) of the Federal Rules of Civil Procedure and is made on the ground that, Plaintiff, will be irreparably harmed and injured, unless execution of the Judgment and supplementary proceedings in aid of execution are Stayed in that, [Some circuit courts consider the failure to pay a filing fee a violation of Rule 3. Thus, in those jurisdictions, a complaint filed without the

1

applicable filing fee does not commence the action. Other circuits consider an action commenced by the filing of a complaint, even if the filing fees are not paid to the clerk at the time of the filing. Action commenced without payment of fees. *See Rogers ex rel. Jones Vs. Bowen, 790 F. 2d 1550, 1552 (11th Cir. 1986) (action for judicial review of decision denying child insurance benefits commenced by filing regardless of untimely payment of required filing fee). 7th Circuit. See Johnson Vs. Brown, 803 F. Supp. 1414, 1418-1419 (N.D. Ind. 1992) (racial discrimination action commenced when complaint filed, even though filing fee not paid until two weeks later).* A 'Pro Se', Plaintiff, who cannot afford to pay court costs and fees may commence an action without paying costs and fees. These actions, called actions In Forma Pauperis, from the Latin "in the character of a pauper", or "poor person", may proceed only by permission of the court. Forma pauperis actions are authorized by statute. **28 U.S.C. Sec. 1915 (a),** the statutory authorization for in forma pauperis actions, provides, in pertinent part:

**Subject to subsection (b),** any court of the United States may authorize the commencement, prosecution, or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefore, by a person who submits an affidavit that includes a statement of all assets such prisoner [sic] possesses [and] that the person is unable to pay such fees or give security therefore. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress. Plaintiff, on two occasions, presented to the Court the Petition's for application of the Informa Pauperis Affidavit, dated on the day of the filing of Plaintiff's, Temporary Restraining Order, Complaint for Preliminary Injunction, and Plaintiff's Surety Bond. On May 9th, 2008, Plaintiff, filed before the Court a Motion to Vacate order of Court, dated 4/25/2008, attaching copies of Plaintiff's monthly rental receipts, along with Plaintiff's, monthly Department of Human Services cash benefits, and monthly food stamps, in which the Court has particularly overlooked.

2

3.  Furthermore, in regard to the jurisdictional question, commended on the original Order of Court, dated, April 25th, 2008, Plaintiff, objects, to this Order, as stated in pertinent part to 28 U.S.C.A. Sec. 1348 **[Banking Association as Party]**. "The District Courts shall have original jurisdiction of any civil action commenced by the United States, or by direction of any officer thereof, against any "National Banking Association", any civil action to wind up the affairs of any such association, and any action by a banking association established in the District for which the Court is held, under chapter 2 of Title 12, to enjoin the Comptroller of the Currency, or any receiver acting under his direction, as provided by such chapter. All national banking associations shall, for the purposes of all other actions by or against them, be deeded citizens of the States in which they are respectively located. Because a national banking association is by definition a federal party, the presence of that party as a litigant is constitutionally sufficient to permit the exercise of federal jurisdiction over such an action. Congress, however, has elected to authorize federal jurisdiction over actions involving national banks only in the discrete categories of cases contained in the first paragraph of Sec. 1348.

*Wherefore,* for the above-stated actions at law, the Plaintiff, do hereby request the granting of his Motion for Staying the Proceedings, and any other supplementary proceedings, filed by Plaintiff, pending the outcome of Plaintiff's, Notice of Motion.

6/04/2008

(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, Motion For Execution and Staying the Proceedings,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 30th day of May, 2008, by Plaintiff, Dean E. Cochran.

_____
Dean E. Cochran / Pro Se Plaintiff

6/04/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133 (Or)


9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

4