UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **D.C. Judge**: David H. Coar |
| ) | |
| Vs. ) | |
| ) | |
| ) | **D.C. Case No.**: 08 CV 2080 |
| ) | |
| LaSalle Bank, N.A., (aka) LaSalle- ) | |
| Bank Corporation, Bank Of America, ) | |
| Their Affiliates, ) | |
| ) | |
| Defendants', ) | |
| ) | SS. No.: 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 |

## NOTICE OF MOTION

**IN RE: ALL PARTIES TO THE COMPLAINT:**

____**PLEASE TAKE NOTICE,** that on Wednesday, June 4th, 2008, at approximately, 9:00 A.M., C.S.T., the Plaintiff, Dean E. Cochran, will present a Motion For Stay Of Execution Or Other Proceedings For Enforcement, of Judgment Until Disposition Of Motion For Other Specified Relief, from Order of Court dated May 21st, 2008, before the Honorable Judge: David H. Coar, or whomever is sitting in his stead, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Courtroom No.: 1903, Chicago, Illinois 60604. All parties are expected to Appear and Respond, or present their Objections, on the above date, stated herein..

6/04/2008                                                                    Respectfully Submitted,

                                                                             [signature]

(name of bank Man)                                                           Dean E. Cochran / Pro Se Counsel
LaSalle Bank, N.A.                                                           1039 W. Lawrence Avenue
LaSalle Bank Corporation                                                     Chicago, Illinois 60640
Bank Of America                                                              (773) 561-1133  (Or)
Stony Island Branch
1651 E. 95th Street

1

Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois  60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 30th day of May, 2008, by Plaintiff, Dean E. Cochran.

5/30/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302