UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **D.C. Judge**: David H. Coar |
| ) | |
| Vs. ) | 08 cv 2080 |
| ) | |
| ) | **D.C. Case No.**: 08 CV 2080 |
| ) | FILED |
| LaSalle Bank, N.A., (aka) LaSalle- ) | JUN 0 5 2008 TC |
| Bank Corporation, Bank Of America, ) | Jun 05 2008 |
| Their Affiliates, Elaine E. Bucklo, ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| Defendants', ) | |
| ) | SS. No.: 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 |

**STAY UPON APPEAL**
**F.R.C.P. 50 (a) (b), F.R.C.P. 52 (b),**
**59 (a), (2), (d), (e),**
**F.R.C.P. 60 (b), (1), (2), (3),**

**TEMPORARY RESTRAINING ORDER**
**F.R.C.P. 65 (a), (1,2,), (b),**

**Motion And Or Complaint For Preliminary Injunction**
**F.R.C.P. 65 (a),**

**Motion For Nonjoinder Of Parties, And Or Motion For**
**Additional Parties, Unavailable To Plaintiff, Before the**
**Commencement of Plaintiff's Temporary Restraining**
**Order, and Petition For Preliminary Injunction**
**F.R.C.P. 21**

**To the Sitting Judge of the Court:**

Pursuant to F.R.C.P. 62 ©, (d), and F.R.A.P. 4 (a), (4), movant, Dean E. Cochran, request this court for a Stay of Execution of the Judgment, and Order, entered in this case on June 3rd, 2008. Movant requests

1

that the stay remain in effect to and including July 13th, which is [10], days after the last day on which a Notice of Appeal, can be filed.

The Stay of Execution is needed to, conclude the possibility of Settlement/ Compromise, between the parties, and to add any additional parties, whom were not available, to Plaintiff, before the Commencement, of Plaintiff's Complaint.

1.  Plaintiff, alleges and states as follows:

2.  Dean E. Cochran filed a Civil Complaint, against The United States Department of Health and Human Services on 12/09/1994, Case No. 1: 94 CV 05821, Original D.C. Judge: Susan B. Conlon, reassigned to the Honorable Elaine E. Bucklo, Terminated on 05/19/1995. Case Reopened by Plaintiff, on 10/14/1999, before the Honorable Elaine E. Bucklo, Case No.: 1: 99 CV 06752, from Review of HHS Decision (SSID). Terminated, 03/10/2000.

3.  In reference to 18 U.S.C.A. Sec. 1341. Frauds and Swindles, which states, "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any "post office", or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter thing, shall be fined under this title or imprisoned not more than five years, or both.

4. Plaintiff, alleges, that under this particular statute, an officer of the Court, or an "individual professing to be Elaine E. Bucklo", or a false impersonation, of Elaine E. Bucklo, did, and has applied for a "Direct-Deposit Account", "drawer", from the United States Treasury, paid in the name of the Plaintiff, "Payee", assigned to Plaintiff's Social Security Number, stemming from the approximate years of 1995 – June 1st, 2008, forwarded to the address, of LaSalle Bank, N.A., by Electronic Wire Transfer, the name of the above-stated Defendant, in a Savings or Checking Account, withheld, from Plaintiff, whom is seeking Restitution of these benefits, including but not to exclude, any and all compounded interest, henceforth.

5. Plaintiff, is aware of the *__Sovereign Immunity Doctrine,__* as quoted from the *__Black's Law Dictionary, Eighth Edition, Brian A. Garner, Editor in Chief,__* which states, "A government's immunity from being sued in its own courts without its consent. Congress has waived most of the federal government's sovereign immunity__. See Federal Tort Claims Act.__ "Which states", a statute that limits federal sovereign immunity and allows recovery in federal court for tort damages caused by federal employees, but only if the law of the state where the injury occurred would hold a private person liable for the injury__. See 28 U.S.C.A. Sec. 2680 (h)__ Exceptions, The provisions of this chapter and section 1346 (b) of this title shall not apply to__ (h) Any claim arising out of assault, battery, false imprisonment, false arrest, malicious prosecution, abuse of process, "libel", slander, "misrepresentation", "deceit", or "interference with contract rights": __28 U.S.C.A. Sec. 2676 Judgment As Bar.__ The judgment in an action under section 1346 (b) of this title shall constitute a complete bar to any action by the claimant, by reason of the same subject matter, against the employee of the government whose act or omission gave rise to the claim. Nevertheless, 28 U.S.C.A. Sec. 2680 (h), overrides the prior statute, or the sovereign immunity clause, preventing the United States, or its employees, executives, and otherwise from being barred from suit.

3

6.  Plaintiff, demands, Restitution, of all benefits, derived from this fraudulent application, not to exclude the compounded yearly interest, as of the approximate date of January or February of 1995 through June 1st, 2008, and any and all, monthly payments, hereinafter.

**WHEREFORE, FOR THE ABOVE-STATED**, actions at law, and in particular the statutes and Rules of the District Court, Plaintiff, requests, that this matter be considered, and the Orders of Court, previously filed by Judge David H. Coar, be Annulled, Vacated, or dismissed, pending the outcome of Plaintiff's appeal, or outcome of Plaintiff's, Notice of Motion, for the Stay Pending Appeal, Temporary Restraining Order, Complaint for Preliminary Injunction, and Motion for Nonjoinder of Parties, which will be presented before the court.

This application is based on the contents of this application, the accompanying declaration of Dean E. Cochran, Plaintiff, and the records and files of this case.

6/5/2008

Respectfully Submitted,

*[signature]*

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

Elaine E. Bucklo
Everett McKinley Dirksen
United States Courthouse
Chambers No. 1446
219 South Dearborn Street
Chicago, Illinois  60604
(312) 435-7611

4

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, Stay Upon Appeal, etc.,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, AND, Elaine E. Bucklo, Everett McKinley Dirksen, United States Courthouse, Chambers 1446, 219 South Dearborn Street, Chicago, Illinois 60604, by First Class U.S. Mail, Postage Pre-Paid, all on this 5th day of June, 2008, by Plaintiff, Dean E. Cochran.

_____
Dean E. Cochran / Pro Se Plaintiff

6/5/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133  (Or)

9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

Elaine E. Bucklo
Everett McKinley Dirksen
United States Courthouse
Chambers No. 1446
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-7611

5