

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **D.C. Judge:** David H. Coar |
| ) | |
| Vs. ) | |
| ) | **D.C. Case No.:** 08 CV 2080 |
| ) | |
| ) | **FILED** |
| LaSalle Bank, N.A., (aka) LaSalle- ) | |
| Bank Corporation, Bank Of America, ) | JUN 0 5 2008 TC |
| Their Affiliates, Elaine E. Bucklo, ) | Jun 05 2008 |
| ) | MICHAEL W. DOBBINS |
| Defendants', ) | CLERK, U.S. DISTRICT COURT |
| ) | SS. No.: 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 |

## NOTICE OF MOTION

**IN RE: ALL PARTIES TO THE COMPLAINT:**          9:00

    **PLEASE TAKE NOTICE,** that on, **Thursday, June 12th, 2008,** at approximately, __ **A.M., C.S.T.,** the Plaintiff, Dean E. Cochran, will present a Motion for, Stay Upon Appeal, and a Request For An Novation Agreement from, Order of Court dated June 3rd, 2008, before the **Honorable Judge: Rebecca R. Pallmeyer, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Courtroom No.: 2178, Chicago, Illinois 60604.** All parties are expected to Appear and Respond, or present their Objections, on the above-stated date, stated herein..

6/5/2008

Respectfully Submitted,

*/s/ Dean E. Cochran*

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133 (Or)

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, AND, Elaine E. Bucklo, Everett McKinley Dirksen, United States Courthouse, Chambers No: 1446, 219 South Dearborn Street, Chicago, Illinois 60604 by First Class U.S. Mail, Postage Pre-Paid, all on this 5th day of June, 2008, by Plaintiff, Dean E. Cochran.

6/5/2008  
(name of Bank Man.)  
LaSalle Bank, N.A.  
LaSalle Bank Corporation  
Bank Of America  
Stony Island Branch  
1651 E. 95th Street  
Chicago, Illinois 60617  
(773) 933-7900  
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff  
1039 W. Lawrence Avenue  
Chicago, Illinois 60640  
(773) 561-1133 (Or)

9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302

Elaine E. Bucklo  
Everett McKinley Dirksen  
United States Courthouse  
219 South Dearborn Street  
Chambers No.: 1446  
Chicago, Illinois 60604

2