UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran,<br><br>Plaintiff,<br><br>Vs.<br><br>LaSalle Bank, N.A., (aka) LaSalle-<br>Bank Corporation, Bank Of America,<br>Their Affiliates, Elaine E. Bucklo,<br><br>Defendants', | **D.C. Judge**: David H. Coar<br><br>**D.C. Case No.**: 08 CV 2080<br><br>FILED<br>JUN 0 5 2008  TC<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>SS. No.: 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 |

NOVATION AGREEMENT—Transfer of Assets

NOVATION AGREEMENT

The United States Treasury, (Transferor), a federal agency duly organized and existing under the laws of the District of Columbia, with its principal office in the State of Maryland, City of Hyattsville, the LaSalle Bank, N.A., (Transferee), (aka) LaSalle Bank Corporation, and its affiliate, (Bank of America), a corporation duly organized and existing under the laws of Illinois, with its principal Office in Chicago; and (XYZ Company), a corporation duly organized and existing under the laws of Texas, with an office in Houston, Texas, acting under with the **UNITED STATES OF AMERICA**, represented by the Department of Justice, enter into this Agreement as of Approximately _____ 1995 through June 1st, 2008, and the Approximate date of September 1st, 2005, and May 1st, 2006.

1

### (a) THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1.) The Company has entered into certain subcontracts with the Transferor, namely, (Direct-Deposit), SS. No.: 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. The term "Subcontracts", as used in this Agreement, means the above subcontracts and Direct-Deposits, including all modifications, made between the Company and the Transferor before the effective date of this Agreement (whether or not performance and payment have been competed and releases executed if the LaSalle Bank, N.A., and the Government or the, Transferor has any remaining rights, duties, or obligations under these subcontracts.

(2.) As of _____ of 1995, the Transferor has transferred to the Transferee all the assets of the Transferor by virtue of a Direct-Deposit Application, between the U.S. Treasury, (Transferor), and the LaSalle Bank, N.A., (Transferee), belonging to the "Payee", Dean E. Cochran..

(3.) The "Transferee", (LaSalle Bank, N.A.), has acquired all the assets of the Transferor, (U.S. Treasury), by virtue of the above transfer.

(4.) The Transferee ha assumed all obligations and liabilities of the Transferor under the subcontracts by virtue of the above transfer.

(5.) The Transferee is in a position to fully perform all obligations that may exist under the subcontracts.

(6.) It is consistent that the LaSalle Bank Corporation, and the U.S. Treasury's interest to recognize the Transferee as the successor party to the subcontracts.

(7.) Evidence of the above transfer has been filed with the LaSalle Bank, and the U.S. Treasury.

### (b) IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS AGREEMENT:

(1.) The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the LaSalle Bank, N.A., that it has or may have in the future in connection with the subcontracts, considering that the Transferee, by Novation, "which means the act of substituting for an old obligation a new one that

2

either replaces an existing obligation with a new obligation or replaces an original party with a new party. A Novation may substitute **(1)** a new obligation between the same parties, **(2)** A contract that **(1)** creates a new contractual duty, and **(2)** includes as a party one who neither owed the previous duty nor was entitled to its performance.

**(2.)** The Transferee agrees to be bound by and to perform each subcontract, monthly, "Direct-Deposit", in accordance with the conditions contained in the "subcontracts", or "Time Drafts". The Transferee, also assumes all obligations and liabilities of, and all claims against, the Transferor under the subcontracts as if the Transferee were the original party to the subcontracts.

**(3.)** The Transferee agrees to transfer to the "Payee", Dean E. Cochran, the full amount of the subcontracts, paid to the Transferee, from the Transferor, "U.S. Treasury", as of the date specified above, including but not exclude the compounded interest, as of the date of its issuance, in the name of Elaine E. Bucklo, Savings or Checking Account No.: N/A. "Payee's", Savings Account No.: _____.

<u>© **IN CONSIDERATION OF THESE FACTS, THE PARTIES**
**AGREE THAT BY THIS AGREEMENT:**</u>

**(1.)** The Transferee, "LaSalle Bank, N.A.", doe hereby transfer all assets, or Subcontracts, belonging to Payee, payable on demand, stemming from a "Direct-Deposit Agreement", applied to from the Payee, Dean E. Cochran, in April, 2006, in which were "Rerouted", or Direct-Deposited, to a foreign bank, located in Houston, Texas, from a Direct-Deposit Agreement, derived from the Social Security Administration. Name of this, Houston, Texas, "Transferee", (N/A), Not-Available, in which this information is available to Transferee, LaSalle Bank, in which the Payee, now has an action-at-law, against, the Transferee, LaSalle Bank, N.A., now and forever in the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division. Furthermore, the "Payee", requests the "Transferor", U.S. Treasury, to discontinue, the Subcontracts, or "Direct-Deposit Payments, paid by Time-Drafts, on the 1st of every month, rightfully belonging to "Payee", Dean E. Cochran, in which there are "Two", individual payments,

3

paid to the "XYZ" Bank, or Transferee, which occurred, on the approximate date of September 1st, 2005, and May 1st, 2006, in which the Transferor, "U.S Treasury", has this documentation. Payee, Dean E. Cochran, desires to conclude this transaction, and forward this to "Payee's", new Savings Account Number: which is: N/A_____ (2.) All payments and reimbursements previously made by the Transferee, "LaSalle Bank, N.A.", to the Payee, Dean E. Cochran, and all previous actions taken by the, Payee, under the subcontracts, shall be considered to have discharged those parts of the "Transferees'", obligations under the Subcontracts. All payments, made to the District Court, ($2.4 Billion), "if any", shall be considered, as payments, before the commencement of this agreement, and the Transferee, is not obligated or entitled to make these payments, twice.

(2.)   The Transferor guarantees payment of all liabilities and the performance of all obligations that the Transferee (i) assumes under this Agreement or (ii) may undertake in the future should these subcontracts be modified under their terms and conditions. The Transferor waives notice of, and consents to, any such future modifications.

(3.)   The subcontracts shall remain in full force and effect except as modified by this Agreement. Each party has executed this Agreement as of the day and year first above written.

5/16/2008

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

By:_____

Respectfully Submitted,

*Dean C. Cochran* (signature)

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

By:_____

4

Title:_____   Title:_____
    **[CORPORATE SEAL]**       Payee:

C/O Claimant Supervisor
United States Treasury
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland 20752

By:_____

Title:_____
    **[CORPORATE SEAL]**

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOVATION AGREEMENT,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, AND THE, Claimant Services Supervisor, United States Treasury, Prince George Center II, Hyattsville, Maryland 20752, by First Class U.S. Mail, Postage Pre-Paid, all on this 5th day of June, 2008, by Plaintiff, Dean E. Cochran.

6/05/2008  
(name of Bank Man.)  
LaSalle Bank, N.A.  
LaSalle Bank Corporation  
Bank Of America  
Stony Island Branch  
1651 E. 95th Street  
Chicago, Illinois 60617  
(773) 933-7900  
(Fax) (773) 768-4011  

Dean E. Cochran / Pro Se Plaintiff  
1039 W. Lawrence Avenue  
Chicago, Illinois 60640  
(773) 561-1133 (Or)  

9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302  

C/O Claimant Services Supervisor  
United States Treasury  
Prince George Center II  
3700 E.W. Highway  
Hyattsville, Maryland 20752