UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dean E. Cochran
                       Plaintiff,

v.                                          Case No.: 1:08–cv–02080
                                                    Honorable David H. Coar

LaSalle Bank, N.A., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. [19] will be heard by Judge Pallmeyer in courtroom # 2119 on 6/12/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.