# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| Dean E. Cochran, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **D.C. Judge**: David H. Coar |
| | ) | |
| Vs. | ) | |
| | ) | **D.C. Case No.: 08 CV 2080** |
| | ) | |
| LaSalle Bank, N.A., (aka) LaSalle- | ) | |
| Bank Corporation, Bank Of America, | ) | |
| Their Affiliates, | ) | |
| | ) | |
| Defendants', | ) | |

## NOTICE OF APPEAL
### F.R.A.P. 3 (a) (1), (c),     (1,), (A,B,C), (2),
### F.R.A.P. 4 (A), (I),

**NOTICE IS HEREBY GIVEN** that, Dean E. Cochran, Plaintiff, by himself as Pro Se Counsel, in

the above named case, hereby **Appeal to the United States Court of Appeals for the Seventh Circuit,**

(from final judgment), (from an Order), dated June 3rd, 2008, which states, "**MINUTE**", entry before the

Honorable David H. Coar: **Motion to stay [16] is denied.** Movant need not appear on the noticed motion

date of 6/4/2008. Mailed notice (pm,), entered in this action on, Tuesday, June 3rd, 2008.

6/5/2008

Respectfully Submitted,

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900

**FILED**

JUN 0 5 2008 TC
Jun 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

_____ **SERVICE OF THE FOREGOING, NOTICE OF APPEAL,** was had by mailing a true copy

thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen

Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of

the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the

Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First

Class U.S. Mail, Postage Pre-Paid, all on this 5TH day of JUNE, 2008, by Plaintiff, Dean E. Cochran.

6/5/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133  (Or)


9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## AFFIDAVIT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

Dean E. Cochran, being first sworn on oath, deposes and says:

1.    Affiant is the Plaintiff, in the above-captioned cause, which was instituted on or about, April 11th, 2008, and, thereafter, on or about June 3rd, 2008, a judgment was entered in the Court and cause in favor of the LaSalle Bank, N.A., and against affiant.

2.    Thereafter, on or about, June 5th, 2008, affiant gave Notice of Appeal on the case to the U.S. District Court for the Northern District of Illinois, Eastern Division, from the final judgment entered on or about, June 3rd, 2008, and from the whole, and from the purported formal written judgment dated April 13th, 2008.

3.    The appeal has not been taken for delay, and affiant is informed and believes, and on such information and belief states, that affiant has sufficient cause for taking the appeal.

4.    The bond for appeal is fixed at the sum of $_____, dollars; affiant has no property whatsoever and is unable to give bond to proceed with the appeal and, as a matter of fact, (the basis for the Court's denial of Plaintiff's case, is pertaining to the payment of filing fees, or the Informa Pauperis Affidavit), submitted to the court on the date of filing of Plaintiff's case; affiant has no money whatsoever and has been unable to make a bond in the sum of $_____, dollars, for the taking of this appeal, and, within the time for taking the appeal, affiant files this affidavit showing to the Court that affiant is unable to give bond on appeal.

5.    Affiant has endeavored to procure appeal bond, and none of affiant's friends or relatives are able to or willing to execute the bond, and no surety will execute the bond without sufficient collateral; and affiant

3

has no property by which affiant could secure the bond, nor has affiant sufficient income to pay for such

bond.

6.    Affiant is informed and believes and on such information and belief states that affiant has a

meritorious appeal from the judgment previously entered in the above-entitled cause and that, if affiant is

unable to appeal to the United States of Appeals, affiant will lose rights and property without sufficient

cause under the law; and affiant desires to take the appeal without giving bond.

6/4/2008

Respectfully Submitted,

"OFFICIAL SEAL"
HEINRICH ERNST
Notary Public, State of Illinois
My Commission Expires Dec. 14, 2008

Dean E. Cochran/ Plaintiff-Pro Se Counsel

Sworn and subscribed before me this _____ 5 _____ day of June, 2008.

My Commission Expires: Dec 14, 2008 _____

4

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois -- CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dean E. Cochran

                    Plaintiff,

v.

                                        Case No.: 1:08-cv-02080
                                        Honorable David H. Coar

LaSalle Bank, N.A., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

     MINUTE entry before the Honorable David H. Coar:Motion to stay [16] is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice(pm, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.