## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Dean E. Cochran, )
)
    Plaintiff, )
) <u>D.C. Judge</u>: David H. Coar
)
Vs. )
) <u>D.C. Case No.</u>: <u>08 CV 2080</u>
)
LaSalle Bank, N.A., (aka) LaSalle- )
Bank Corporation, Bank Of America, )
Their Affiliates, )
)
    Defendants', )

<u>NOTICE OF APPEAL</u>
<u>F.R.A.P. 3 (a) (1), (c),    (1,), (A,B,C,), (2),</u>
<u>F.R.A.P. 4 (A), (I),</u>

<u>NOTICE IS HEREBY GIVEN</u> that, Dean E. Cochran, Plaintiff, by himself as Pro Se Counsel, in the above named case, hereby <u>Appeal to the United States Court of Appeals for the Seventh Circuit</u>, (from final judgment), (from an Order), dated June 3rd, 2008, which states, "MINUTE", entry before the Honorable David H. Coar: <u>Motion to stay [16] is denied.</u> Movant need not appear on the noticed motion date of 6/4/2008. Mailed notice (pm,), entered in this action on, Tuesday, June 3rd, 2008.

6/5/2008

                                          Respectfully Submitted,

(name of bank Man)                                  Dean E. Cochran / Pro Se Counsel
LaSalle Bank, N.A.                                   1039 W. Lawrence Avenue
LaSalle Bank Corporation                       Chicago, Illinois  60640
Bank Of America                                     (773) 561-1133  (Or)
Stony Island Branch
1651 E. 95th Street                         **FILED**
Chicago, Illinois  60617
(773) 933-7900                              JUN 0 5 2008  TC
                                      Jun 05 2008
                           MICHAEL W. DOBBINS
                        CLERK, U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF APPEAL,** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 5TH day of JUNE, 2008, by Plaintiff, Dean E. Cochran.

6/5/2008  
(name of Bank Man.)  
LaSalle Bank, N.A.  
LaSalle Bank Corporation  
Bank Of America  
Stony Island Branch  
1651 E. 95th Street  
Chicago, Illinois 60617  
(773) 933-7900  
(Fax) (773) 768-4011  

Dean E. Cochran / Pro Se Plaintiff  
1039 W. Lawrence Avenue  
Chicago, Illinois 60640  
(773) 561-1133 (Or)  

9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**AFFIDAVIT**

**STATE OF ILLINOIS:**                                      **CITY OF CHICAGO:**

**COUNTY OF COOK:**

Dean E. Cochran, being first sworn on oath, deposes and says:

1. Affiant is the Plaintiff, in the above-captioned cause, which was instituted on or about, April 11th, 2008, and, thereafter, on or about June 3rd, 2008, a judgment was entered in the Court and cause in favor of the LaSalle Bank, N.A., and against affiant.

2. Thereafter, on or about, June 5th, 2008, affiant gave Notice of Appeal on the case to the U.S. District Court for the Northern District of Illinois, Eastern Division, from the final judgment entered on or about, June 3rd, 2008, and from the whole, and from the purported formal written judgment dated April 13th, 2008.

3. The appeal has not been taken for delay, and affiant is informed and believes, and on such information and belief states, that affiant has sufficient cause for taking the appeal.

4. The bond for appeal is fixed at the sum of $_____, dollars; affiant has no property whatsoever and is unable to give bond to proceed with the appeal and, as a matter of fact, (the basis for the Court's denial of Plaintiff's case, is pertaining to the payment of filing fees, or the Informa Pauperis Affidavit), submitted to the court on the date of filing of Plaintiff's case; affiant has no money whatsoever and has been unable to make a bond in the sum of $_____, dollars, for the taking of this appeal, and, within the time for taking the appeal, affiant files this affidavit showing to the Court that affiant is unable to give bond on appeal.

5. Affiant has endeavored to procure appeal bond, and none of affiant's friends or relatives are able to or willing to execute the bond, and no surety will execute the bond without sufficient collateral; and affiant

3

has no property by which affiant could secure the bond, nor has affiant sufficient income to pay for such bond.

6. Affiant is informed and believes and on such information and belief states that affiant has a meritorious appeal from the judgment previously entered in the above-entitled cause and that, if affiant is unable to appeal to the United States of Appeals, affiant will lose rights and property without sufficient cause under the law; and affiant desires to take the appeal without giving bond.

6/4/2008

Respectfully Submitted,

"OFFICIAL SEAL"
HEINRICH ERNST
Notary Public, State of Illinois
My Commission Expires Dec. 14, 2008

Dean E. Cochran/ Plaintiff-Pro Se Counsel

Sworn and subscribed before me this 5 day of June, 2008.

My Commission Expires: Dec 14, 2008

4

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dean E. Cochran

                        Plaintiff,

v.

                        Case No.: 1:08-cv-02080
                        Honorable David H. Coar

LaSalle Bank, N.A., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

    MINUTE entry before the Honorable David H. Coar:Motion to stay [16] is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice(pm, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv2080

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Dean E. Cochran (appellant) | | LaSalle Bank, N.A. (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Dean E. Cochran | Name | N/A |
| Firm | n/a | Firm | |
| Address | 9335 S. Merrill Ave. Chicago, IL 60617 | Address | |
| Phone | (773-731-9302) | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Coar | Date Filed in District Court | 4/25/08 |
| Court Reporter | T. McCullough (ext 5570) | Date of Judgment | 6/3/08 |
| Nature of Suit Code | 890 | Date of Notice of Appeal | 6/5/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [X]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dean E. Cochran
                          Plaintiff,

v.                                                      Case No.: 1:08−cv−02080
                                                             Honorable David H. Coar

LaSalle Bank, N.A., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion to stay [16] is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Case 1:08-cv-02080 Document 25-12 Filed 06/12/2008 Page 1 of 6
Case 1:08-cv-02080 Document 26 Filed 06/12/2008 Page 9 of 11
APPEAL, KEYS

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−02080
*Internal Use Only*

Cochran v. LaSalle Bank, N.A. et al
Assigned to: Honorable David H. Coar
Demand: $9,999,000
Cause: 28:1331 Federal Question

Date Filed: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Dean E. Cochran**     represented by     **Dean E. Cochran**
9335 S. Merrill Avenue
Chicago, IL 60617
773−731−9302
PRO SE

V.

**Defendant**

**LaSalle Bank, N.A.**
*Parent Corporation*

**Defendant**

**LaSalle Bank Corp.**
*its affiliate*

**Defendant**

**Bank of America**
*an unknown Houston, Texas bank*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | RECEIVED Complaint and one copy by Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 3 | PRO SE Appearance by Plaintiff Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 4 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (kj, ) (Entered: 04/14/2008) |
| 04/25/2008 | 5 | MINUTE entry before Judge Honorable David H. Coar: The Plaintiff, Dean E. Cochran has filed at least nine other cases in this court, dating back to 1992. All have been dismissed for lack of subject matter jurisdiction or his failure to timely take some action required by law. While the facts alleged and relief sought in this case suggest only the (mere) outline of a jurisdictional basis, this court will not address the jurisdictional issue at this point. However, the litigation history of the this plaintiff suggests that he should be denied the right to proceed pro se and instead should put the amount of money representing the filing fee at risk before subjecting other parties and this court to the burden of further consideration of this matter. Accordingly, the In Forma Pauperis Application 4 is denied /s/ David H. Coar,David H. Coar, U.S. District Judge. Mailed notice (vcf, ) (Entered: 04/28/2008) |
| 05/09/2008 | 6 | MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4. (Poor Quality Original − Paper Document on File.) (lcw, ) (Entered: 05/12/2008) |

| | | |
|---|---|---|
| 05/09/2008 | 7 | NOTICE of Motion by Dean E. Cochran for presentment of motion to object 6 before Honorable David H. Coar on 5/14/2008 at 09:00 AM. (lcw, ) (Entered: 05/12/2008) |
| 05/13/2008 | 8 | MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the Federal Rules of Civil Procedure and 6 is denied for the same reasons stated in the order denying the Application to proceed in forma pauperis. Parties need not appear on the noticed motion date of 5/14/2008. Mailed notice (pm, ) (Entered: 05/13/2008) |
| 05/16/2008 | 9 | MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 2008 8 . (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 10 | NOTICE of Motion by Dean E. Cochran for presentment of motion to vacate order of court dated May 13th, 2008 9 before Honorable David H. Coar on 5/22/2008 at 09:00 AM. (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 11 | AFFIDAVIT of Dean E. Cochran. (td, ) (Entered: 05/19/2008) |
| 05/21/2008 | 12 | MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 9 is denied. Parties need not appear on the noticed motion date of 5/22/2008.Mailed &Telephone notice (pm, ) (Entered: 05/21/2008) |
| 05/22/2008 | 13 | MOTION by Plaintiff Dean E. Cochran to disqualify judge F.R.C.P.63. (td, ) (Entered: 05/23/2008) |
| 05/22/2008 | 14 | NOTICE of Motion by Dean E. Cochran for presentment of motion to disqualify judge F.R.C.P.63 13 before Honorable David H. Coar on 6/2/2008 at 09:00 AM. (td, ) (Entered: 05/23/2008) |
| 05/28/2008 | 15 | MINUTE entry before the Honorable David H. Coar: The Plaintiff in this case has moved to disqualify the undersigned as the judge in this case pursuant to 28 U.S.C.A. §§ 144 and 455. In his affidavit in support of the motion, the Plaintiff cites nothing other than the fact that he believes that the decisions of this Court violates his rights and are incorrect. His remedy is to appeal those decisions, not to change judges until he finds one who agrees with him. If the Court of Appeals reverses this Court's rulings on the merits, it has the discretion to require assignment of the case to another judge. Therefore, Plaintiff's Motion to disqualify judge 13 is denied. Movant need not appear on the noticed motion date of 6/2/2008. Mailed notice (pm, ) (Entered: 05/28/2008) |
| 05/30/2008 | 16 | MOTION by Plaintiff Dean E. Cochran for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief − [FR.C.P.7 (b), 62 (b). (td, ) (Entered: 06/03/2008) |
| 05/30/2008 | 17 | NOTICE of Motion by Dean E. Cochran for presentment of motion for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief − [FR.C.P.7 (b), 62 (b) 16 before Honorable David H. Coar on 6/4/2008 at 09:00 AM. (td, ) (Entered: 06/03/2008) |
| 06/03/2008 | 18 | MINUTE entry before the Honorable David H. Coar:Motion to stay 16 is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice (pm, ) (Entered: 06/03/2008) |
| 06/05/2008 | 19 | MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 20 | NOTICE of Motion by Dean E. Cochran for presentment of motionto stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 before Honorable David H. Coar on 6/12/2008 at 09:00 AM. (td, ) (Entered: |

| | | |
|---|---|---|
| | | 06/06/2008) |
| 06/05/2008 | 21 | NOVATION Agreement − Transfer of Assets. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 22 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (rp, ) (Entered: 06/06/2008) |
| 06/05/2008 | 24 | NOTICE of appeal by Dean E. Cochran regarding orders 18 fee due. (air, ) (Entered: 06/12/2008) |
| 06/11/2008 | 23 | MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 will be heard by Judge Pallmeyer in courtroom # 2119 on 6/12/2008 at 09:00 AM. Mailed notice (pm, ) (Entered: 06/11/2008) |