Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Rebecca R. Pallmeyer |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2080 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Dean E. Cochran vs. LaSalle Bank, N.A., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to stay upon appeal F.R.C.P. 50(a)(b), F.R.C.P. 52(b), 59(a)(2)(d)(e), F.R.C.P. 60(b)(1)(2)(3), temporary restraining order F.R.C.P. 65(a),(1,2,),(b), motion and or complaint for preliminary injunction F.R.C.P. 6(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21 [19] is denied.  Plaintiff also seeks leave to proceed in forma pauperis.  Judge Coar denied such a motion earlier and it appears that Plaintiff has never paid any portion of the filing fee. The court understands his renewed motion seeks leave to proceed on appeal without payment of the fee. Plaintiff's renewed motion [22] is denied without prejudice to reconsideration in the event Plaintiff make a good faith effort to pay even a reduced portion of this court's filing fee.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|