

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Dean E. Cochran,                            )
                                            )
            Plaintiff,                      )
                                            )
                                            )     **D.C. Judge**: **David H. Coar**
                                            )
                                            )
Vs.                                         )
                                            )
                                            )     **D.C. Case No.:  08 CV 2080**
                                            )
                                            )
LaSalle Bank, N.A., (aka) LaSalle-          )
Bank Corporation, Bank Of America,          )     **F I L E D**
Their Affiliates, *ELAINE E*                )     JUN 12, 2008
*BOCKLO*                                    )
            Defendants',                     )     MICHAEL W. DOBBINS
                                            )     CLERK, U.S. DISTRICT COURT
                                            )     SS. No.: 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

### STAY UPON APPEAL
### F.R.C.P. 50 (a (b), F.R.C.P. 52 (b)

### Motion For Supplemental Pleadings
### F.R.C.P. 15 (a) (1) (A), Rule 15 (c) (1) (B), (d),

***Please Take Notice*** that the Plaintiff, hereby stated above do hereby request to Amend and add

Supplemental Pleadings, that should have been, stated on Plaintiff's original Motion For Stay Upon

Appeal, and the Novation Agreement, filed with the U.S. District on June 5th, 2008,  in which on Page 4,

Statement 1.  "In part states", "Payee, Dean E. Cochran, desires to conclude this transaction, and forward

this to "Payee's", new Savings Account Number: Which is: N/A. (Not Available)._____

Plaintiff will make this new number available to the court, pending the Appeal.


        ***Wherefore***, for the above-stated correction of documentation, presented to the court that should have

been done, on June 5th, 2008, Plaintiff, do hereby request, granting of said Motion.

6/12/2008

Respectfully  Submitted,

Dean E. Cochran/ Pro Se Plaintiff
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302  (Or)

C/O Bank Manager
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

1039 West Lawrence Avenue, Rm. 615
Chicago, Illinois  60640
(773) 561-1133

Director-Michael Colarusso
United States Treasury
Philadelphia Regional Center
P.O. Box 51317
Philadelphia, Pennsylvania  19115-6317

C/O Claimant Services Supervisor
United States Treasury
Prince George Center II
3700 E. W. Highway
Hyattsville, Maryland  20752

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, Motion For Stay Upon Appeal, and Motion for**

**Supplemental Pleadings** was had by mailing a true copy thereof, and by delivering a copy to the Clerk of

Court of the United District Court, Michael W. Dobbins, located at the Everett McKinley Dirksen, United

States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of

the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the

Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First

Class U.S. Mail, Postage Pre-Paid, all on this 12th day of June, 2008, by Plaintiff, Dean E. Cochran.

6/12/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302 **(Or)**

1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133

Director-Michael Colarusso
United States Treasury
Philadelphia Regional Financial Center
P.O. Box 51317
Philadelphia, Pennsylvania 19115-6317

C/O Claimant Services Supervisor
United States Treasury
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland 20752

Elaine E. Bucklo
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chambers No.: 1446
Chicago, Illinois 60604