

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Dean E. Cochran,                                )
                                                )
        Plaintiff,                         )
                                                )       **D.C. Judge: David H. Coar**
                                                )
                                                )
Vs.                                             )
                                                )       **D.C. Case No.:  08 CV 2080**
                                                )
                                                )
                                                )                    **FILED**
LaSalle Bank, N.A., (aka) LaSalle-              )
Bank Corporation, Bank Of America,             )                    JUN 1 2 2008
Their Affiliates, Elaine E. Bucklo,            )                    SUN 12, 2008
                                                )            MICHAEL W. DOBBINS
        Defendants',                       )            CLERK, U.S. DISTRICT COURT
                                                )       SS. No.: 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

## NOTICE OF MOTION

**IN RE:  ALL PARTIES TO THE COMPLAINT:**

    **PLEASE TAKE NOTICE,** that on, **Thursday, June 19th, 2008,** at approximately, **9:00 A.M., C.S.T.,** the Plaintiff, Dean E. Cochran, will present a Motion for, Stay Upon Appeal, and a Request for Motion For Supplemental Pleadings/Novation Agreement from, Order of Court dated June 12th, 2008, before the **Honorable Judge:  Rebecca R. Pallmeyer, located at the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Courtroom No.: 2119, Chicago, Illinois  60604.** All parties are expected to Appear and Respond, or present their Objections, on the above-stated date, stated herein..

6/12/2008

                                   Respectfully Submitted,

                                   *Dean E. Cochran*

(name of bank Man)                              Dean E. Cochran / Pro Se Counsel
LaSalle Bank, N.A.                              1039 W. Lawrence Avenue
LaSalle Bank Corporation                        Chicago, Illinois  60640
Bank Of America                                 (773) 561-1133  (Or)
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

1

## CERTIFICATE OF SERVICE

    <u>SERVICE OF THE FOREGOING, NOTICE OF MOTION,</u> was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, Michael W. Dobbins, located at the  Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois  60617, AND, Elaine E. Bucklo, Everett McKinley Dirksen, United States Courthouse,  Chambers No:  1446, 219 South Dearborn Street, Chicago, Illinois  60604 by First Class U.S. Mail, Postage Pre-Paid, all on this 12th day of June, 2008, by Plaintiff, Dean E. Cochran.

6/12/2008

(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011


Elaine E. Bucklo
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chambers No.: 1446
Chicago, Illinois  60604


C/O Claimant Services Center
United States Treasury
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland  20752

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)


9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302


Director/Michael Colarusso
United States Treasury
Philadelphia Regional Center
P.O Box 51317
Philadelphia, Penn.  19115-6317

2