**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 12, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2460
>
> Caption:
> DEAN E. COCHRAN,
> Plaintiff - Appellant
>
> v.
>
> LASALLE BANK, N.A., Parent Corporation, LASALLE BANK CORP., its affiliate, BANK OF AMERICA, an unknown Houston, Texas bank,
> Defendants - Appellees
>
> District Court No: 1:08-cv-02080
> Court Reporter T. McCullough
> Clerk/Agency Rep Michael Dobbins
> District Judge David Coar
>
> Date NOA filed in District Court: 06/05/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)