UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 1 6 2008
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **D.C. Judge**: David H. Coar |
| Vs. ) | |
| ) | **D.C. Case No.:** 08 CV 2080 |
| ) | |
| LaSalle Bank, N.A., (aka) LaSalle- ) | |
| Bank Corporation, Bank Of America, ) | |
| Their Affiliates, Elaine E. Bucklo, ) | |
| ) | |
| Defendants', ) | |
| ) | SS. No.: 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 |

**APPELLANT'S REQUEST TO ORDER TRANSCRIPT
AND PREPARE REPORTER'S TRANSCRIPT
F.R.A.P. 10 (b), (1),**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that the Plaintiff-Appellant, Dean E. Cochran, in the above-entitled action has previously, on June 5th, 2008, filed Notice Of Appeal from the judgment in the action, and requests that a Reporter's Transcript of the oral and written proceedings in the action, including, (1.) all rulings made, (2.) Instructions given, (3.) Instructions given by Plaintiff but refused by the court, (4.) all acts or statements made by the court, (5.) all Objections or Exceptions of Counsel and all matters relating to Objections or Exceptions, (6.) and all proceedings taken on the Motion for new trial and all matters relating to such proceedings] be made up and prepared in accordance with the provisions of the F.R.A.P. governing Appeals from United States District Courts.

6/16/2008                                                             Respectfully Submitted,

1

(name of bank Man)  
LaSalle Bank, N.A.  
LaSalle Bank Corporation  
Bank Of America  
Stony Island Branch  
1651 E. 95th Street  
Chicago, Illinois 60617  
(773) 933-7900  

Dean E. Cochran / Pro Se Counsel  
1039 W. Lawrence Avenue  
Chicago, Illinois 60640  
(773) 561-1133 (Or)  

## CERTIFICATE OF SERVICE

### SERVICE OF THE FOREGOING, APPELLANT'S REQUEST TO ORDER TRANSCRIPT,

was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 16TH day of JUNE, 2008, by Plaintiff, Dean E. Cochran.

6/16/2008  
(name of Bank Man.)  
LaSalle Bank, N.A.  
LaSalle Bank Corporation  
Bank Of America  
Stony Island Branch  
1651 E. 95th Street  
Chicago, Illinois 60617  
(773) 933-7900  
(Fax) (773) 768-4011  

Elaine E. Bucklo  
Everett McKinley Dirksen  
United States Courthouse  
219 South Dearborn Street  
Chambers No.: 1446  
Chicago, Illinois 60604  

Dean E. Cochran / Pro Se Plaintiff  
1039 W. Lawrence Avenue  
Chicago, Illinois 60640  
(773) 561-1133 (Or)  

9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302  

Director/Michael Colarusso  
United States Treasury  
Philadelphia Regional Center  
P.O. Box 51317  
Philadelphia, Pa. 19115-6317  

2

C/O - Claimant Services Supervisor
United States Treasury
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland  20752

3