UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 1 6 2008
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Dean E. Cochran, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **D.C. Judge**: David H. Coar |
| ) | |
| Vs. ) | |
| ) | **D.C. Case No.:** 08 CV 2080 |
| ) | |
| LaSalle Bank, N.A., (aka) LaSalle- ) | |
| Bank Corporation, Bank Of America, ) | |
| Their Affiliates, Elaine E. Bucklo, ) | |
| ) | |
| Defendants', ) | |
| ) | SS. No.: 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 |

**RECORD ON APPEAL**
**F.R.A.P. 10 (a), (b), (1),**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE,** that the Petitioner appeals from the whole and every portion of the judgment rendered on June 5th, 2008, which is adverse to Petitioner and IN favor of Respondents, LaSalle Bank, N.A., and that Petitioner desires to present his Appeal by way of a Reporter's Transcript and a Clerk's transcript as provided by F.R.A.P. 10 (b), (1), (A), (i).

The clerk is respectfully requested to prepare, or causes to be prepared, a reporter's transcript, consisting of:

1.    All Oral Proceedings in the above-entitled action, except voir dire, but including without limitation the opening statements.

2.    Motions for a new trial.

1

The clerk is further requested to prepare, or cause to be prepared, a clerk's transcript of the following listed papers and records:  Such as:

1. Summons, filed on 4/11/2008.

2. Complaint, filed on 4/11/2008.

3. Civil Cover Sheet, filed on 4/11/2008.

4. Application to Proceed Informa Pauperis Affidavit, filed on 4/11/2008.

5. Minute Entry before David H. Coar, filed on 4/25/2008.

6. Motion by Plaintiff, to Object of Ruling or Order dated 4/25/2008.

7. Notice of Motion, to Object of Ruling or Order, by Plaintiff, dated 4/25/2008.

8. **MINUTE ENTRY**, before Judge Honorable David H. Coar; Motion by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08    F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the F.R.C.P. and Docket Entry 6, is denied for same reasons stated in the order denying the Application to proceed In Forma Pauperis.

9. Motion by Plaintiff, Dean E. Cochran, to Vacate Order of Court dated May 13th, 2008.

10. Notice of Motion, by Plaintiff, Dean E. Cochran, for presentment of Motion to Vacate Order of Court dated May 13th, 2008, before Honorable David H. Coar on 5/22/2008 at 9:00 A.M.

11. Affidavit of Dean E. Cochran (Entered: 5/19/2008).

12. **MINUTE ENTRY**, before the Honorable Daid H. Coar: Motion by Plaintiff Dean E. cochran to vacate order of court datedMay 13th, **9** is denied.  Parties need not to appear on the noticed motion date of 5/22/2008. Mailed & Telephone notice (pm) (Entered: 05/21/2008)

13. Motion by Plaintiff, Dean E. Cochran to Disqualify Judge F.R.C.P. 63. (td,) (Entered: 05/23/2008)

14. Notice of Motion by Dan E. Cochran, for presentment of motion to disqualify judge F.R.C.P. 63 **13** before Honorable Judge David H. Coar, 6/02/2008 at 9:00 A.M. (Entered: 05/23/2008).

15. **MINUTE ENTRY**, before the Honorable David H. Coar: Plaintiff's motion to disqualify judge **13** is denied. Movant need not appear on the noticed notion date of 6/2/2008. Mailed notice (pm,) (Entered: 05/28/2008.

16. Motion by Plaintiff, Dean E. Cochran for Stay of Execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief – [F.R.C.P. 7 (b), 62 (b), **16** before Honorable David H. Coar on 6//4/2008 at 9:00 A.M. (Entered: 06/03/2008).

17. **MINUTE ENTRY**, before the Honorable David H. Coar: Motion to Stay **16** is denied. Movant need not appear on the noticed notion date of 6/4/2008: Mailed notice (pm) (Entered: 06/03/2008).

18. Motion by Plaintiff, Dean E. Cochran to Stay Upon Appeal F.R.C.P. 50 (a) (b), F.R.C.P. 52 (b), 59 (a) (2), (d), (e), F.R.C.P. 60 (b), (1), (2), (3), Temporary Restraining Order F.R.C.P. 65 (a), (1,2), (b), Motion and or Complaint for Preliminary Injunction F.R.C.P. 65 (a), Motion for Nonjoinder of parties, and or motion for additional parties, unavailable to Plaintiff, before the commencement of Plaintiff's Temporary Restraining Order, and Petition for Preliminary Injunction F.R.C.P. **21**. (Entered: 06/06/2008).

19. **NOVATION AGREEMENT** – Transfer of Assets. (Entered: 06/06/2008).

20. **APPLICATION BY PLAINTIFF, Dean E. Cochran for leave to proceed In Forma Pauperis (Entered: 06/06/2008).**

21. **NOTICE OF APPEAL**, by Dean E. Cochran regarding Orders **18** fee due: (air) (Entered: 06/12/2008).

22. **MINUTE ENTRY** before the Honorable David H. Coar; MOTION by Plaintiff Dean E. Cochran to Stay Upon Appeal F.R.C.P. 50 (a),(b), same as [Docket Entry] **20** to be heard by Judge Pallmeyer in courtroom # 2119 on 06/12/2008 at 9:00 A.M. Mailed Notice (pm) (Entered; 06/11/2008).

23. TRANSMITTED to the 7th Circuit the short record on Notice of Appeal **24**. Notified Counsel (air) (Entered: 06/12/2008).

24. **NOTICE OF APPEAL** due letter sent to counsel of record. (air) (Entered: 06/12/2008).

3

25. **MINUTE ENTRY** before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to stay upon appeal F.R.C.P. 50 (a), (b), F.R.C.P. 52 (b), 59 (a), (2), (d), (e), F.R.C.P. 60 (b), (1), (2), (3), temporary restraining order F.R.C.P. 65 (a), (1,2,), (b), etc. Plaintiff's renewed motion **22** is denied without prejudice to reconsideration in the event Plaintiff make a good faith effort to pay even a reduced portion of this courts filing fee. Mailed notice (kj,) (Entered: 06/13/2008).

26. **MOTION TO STAY UPON APEAL** (motion for supplemental pleadings) by Plaintiff Dean E. Cochran. (kj,) (Entered: 06/16/2008).

27. **NOTICE OF MOTION** by Dean E. Cochran for presentment of Motion to Stay **28** before Honorable David H. Coar on 6/19/2008 at 9:00 A.M. (kj,) (Entered: 06/16/2008.

28. **NOTICE OF MOTION**, BY Plaintiff, Dean E. Cochran, for Motion for Supplemental Pleadings, Novation Agreement, filed on June 12th, 2008. (Entered: 06/12/2008).

**Please take further notice** that this notice will not be accompanied by a deposit of the approximate cost of the Reporter's Transcripts on Appeal in the sum of $500.00. The clerk is directed to waiver the reporter's fee when the transcript is complete, with any sums in excess of the cost of the Reporter's transcript to be refunded.

6/16/2008

Respectfully Submitted,

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900

4

## CERTIFICATE OF SERVICE

__**SERVICE OF THE FOREGOING, RECORD ON APPEAL,**__ was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First Class U.S. Mail, Postage Pre-Paid, all on this 16TH day of JUNE, 2008, by Plaintiff, Dean E. Cochran.

6/16/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133 (Or)

9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

Elaine E. Bucklo
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chambers No.: 1446
Chicago, Illinois 60604

Director/Michael Colarusso
United States Treasury
Philadelphia Regional Center
P.O. Box 51317
Philadelphia, Pa. 19115-6317

C/O - Claimant Services Supervisor
United States Treasury
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland 20752

APPEAL, KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02080
Internal Use Only

Cochran v. LaSalle Bank, N.A. et al  
Assigned to: Honorable David H. Coar  
Demand: ~~$9,~~ $2.4 BILLION  
Cause: 28:1331 Federal Question

Date Filed: 04/25/2008  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Dean E. Cochran**             represented by **Dean E. Cochran**  
9335 S. Merrill Avenue  
Chicago, IL 60617  
773-731-9302  
PRO SE

V.

**Defendant**

**LaSalle Bank, N.A.**  
*Parent Corporation*

**Defendant**

**LaSalle Bank Corp.**  
*its affiliate*

**Defendant**

**Bank of America**  
*an unknown Houston, Texas bank*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | RECEIVED Complaint and one copy by Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 3 | PRO SE Appearance by Plaintiff Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |

| 04/11/2008 | 4 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (kj, ) (Entered: 04/14/2008) |
|---|---|---|
| 04/25/2008 | 5 | MINUTE entry before Judge Honorable David H. Coar: The Plaintiff, Dean E. Cochran has filed at least nine other cases in this court, dating back to 1992. All have been dismissed for lack of subject matter jurisdiction or his failure to timely take some action required by law. While the facts alleged and relief sought in this case suggest only the (mere) outline of a jurisdictional basis, this court will not address the jurisdictional issue at this point. However, the litigation history of the this plaintiff suggests that he should be denied the right to proceed pro se and instead should put the amount of money representing the filing fee at risk before subjecting other parties and this court to the burden of further consideration of this matter. Accordingly, the In Forma Pauperis Application 4 is denied /s/ David H. Coar,David H. Coar, U.S. District Judge. Mailed notice (vcf, ) (Entered: 04/28/2008) |
| 05/09/2008 | 6 | MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4. (Poor Quality Original - Paper Document on File.) (lcw, ) (Entered: 05/12/2008) |
| 05/09/2008 | 7 | NOTICE of Motion by Dean E. Cochran for presentment of motion to object 6 before Honorable David H. Coar on 5/14/2008 at 09:00 AM. (lcw, ) (Entered: 05/12/2008) |
| 05/13/2008 | 8 | MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the Federal Rules of Civil Procedure and 6 is denied for the same reasons stated in the order denying the Application to proceed in forma pauperis. Parties need not appear on the noticed motion date of 5/14/2008. Mailed notice (pm, ) (Entered: 05/13/2008) |
| 05/16/2008 | 9 | MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 2008 8 . (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 10 | NOTICE of Motion by Dean E. Cochran for presentment of motion to vacate order of court dated May 13th, 2008 9 before Honorable David H. Coar on 5/22/2008 at 09:00 AM. (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 11 | AFFIDAVIT of Dean E. Cochran. (td, ) (Entered: 05/19/2008) |
| 05/21/2008 | 12 | MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 9 is denied. Parties need not appear on the noticed motion date of 5/22/2008.Mailed & Telephone notice (pm, ) (Entered: 05/21/2008) |
| 05/22/2008 | 13 | MOTION by Plaintiff Dean E. Cochran to disqualify judge F.R.C.P.63. (td, ) (Entered: 05/23/2008) |
| 05/22/2008 | 14 | NOTICE of Motion by Dean E. Cochran for presentment of motion to disqualify judge F.R.C.P.63 13 before Honorable David H. Coar on |

| | | |
|---|---|---|
| | | 6/2/2008 at 09:00 AM. (td, ) (Entered: 05/23/2008) |
| 05/28/2008 | 15 | MINUTE entry before the Honorable David H. Coar: The Plaintiff in this case has moved to disqualify the undersigned as the judge in this case pursuant to 28 U.S.C.A. §§ 144 and 455. In his affidavit in support of the motion, the Plaintiff cites nothing other than the fact that he believes that the decisions of this Court violates his rights and are incorrect. His remedy is to appeal those decisions, not to change judges until he finds one who agrees with him. If the Court of Appeals reverses this Court's rulings on the merits, it has the discretion to require assignment of the case to another judge. Therefore, Plaintiff's Motion to disqualify judge 13 is denied. Movant need not appear on the noticed motion date of 6/2/2008. Mailed notice (pm, ) (Entered: 05/28/2008) |
| 05/30/2008 | 16 | MOTION by Plaintiff Dean E. Cochran for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief - [FR.C.P.7 (b), 62 (b). (td, ) (Entered: 06/03/2008) |
| 05/30/2008 | 17 | NOTICE of Motion by Dean E. Cochran for presentment of motion for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief - [FR.C.P.7 (b), 62 (b) 16 before Honorable David H. Coar on 6/4/2008 at 09:00 AM. (td, ) (Entered: 06/03/2008) |
| 06/03/2008 | 18 | MINUTE entry before the Honorable David H. Coar:Motion to stay 16 is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice (pm, ) (Entered: 06/03/2008) |
| 06/05/2008 | 19 | MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 20 | NOTICE of Motion by Dean E. Cochran for presentment of motionto stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 before Honorable David H. Coar on 6/12/2008 at 09:00 AM. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 21 | NOVATION Agreement - Transfer of Assets. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 22 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (rp, ) (Entered: 06/06/2008) |

| 06/05/2008 | 24 | NOTICE of appeal by Dean E. Cochran regarding orders 18 fee due. (air, ) (Entered: 06/12/2008) |
|---|---|---|
| 06/11/2008 | 23 | MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 will be heard by Judge Pallmeyer in courtroom # 2119 on 6/12/2008 at 09:00 AM. Mailed notice (pm, ) (Entered: 06/11/2008) |
| 06/12/2008 | 25 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 24 . Notified counsel (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 26 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 27 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to stay upon appeal F.R.C.P. 50(a)(b), F.R.C.P. 52(b), 59(a)(2)(d)(e), F.R.C.P. 60(b)(1)(2)(3), temporary restraining order F.R.C.P. 65(a),(1,2,),(b), motion and or complaint for preliminary injunction F.R.C.P. 6(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21 19 is denied. Plaintiff also seeks leave to proceed in forma pauperis. Judge Coar denied such a motion earlier and it appears that Plaintiff has never paid any portion of the filing fee. The court understands his renewed motion seeks leave to proceed on appeal without payment of the fee. Plaintiff's renewed motion 22 is denied without prejudice to reconsideration in the event Plaintiff make a good faith effort to pay even a reduced portion of this courts filing fee. Mailed notice (kj, ) (Entered: 06/13/2008) |
| 06/12/2008 | 28 | MOTION to stay upon appeal (motion for supplemental pleadings) by Plaintiff Dean E. Cochran. (kj, ) (Entered: 06/16/2008) |
| 06/12/2008 | 29 | NOTICE of Motion by Dean E. Cochran for presentment of motion to stay 28 before Honorable David H. Coar on 6/19/2008 at 09:00 AM. (kj, ) (Entered: 06/16/2008) |

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv2080

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Dean E. Cochran (appellant) | | LaSalle Bank, N.a. (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Dean E. Cochran | Name | N/A |
| Firm | PRO SE | Firm | |
| Address | 1039 West Lawrence Ave. Chicago, IL 60640 | Address | |
| Phone | (773) 561-1133 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Coar | Date Filed in District Court | 4/25/08 |
| Court Reporter | T. McCullough ext 5570 | Date of Judgment | N/A |
| Nature of Suit Code | 890 | Date of Notice of Appeal | 6/16/08 |

COUNSEL:   Appointed [ ]     Retained [ ]     Pro Se [X]

FEE STATUS:   Paid [ ]     Due [X]     IFP [ ]
              IFP Pending [ ]     U.S. [ ]     Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]     Denied [ ]     Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL ||
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−02080
*Internal Use Only*

Cochran v. LaSalle Bank, N.A. et al
Assigned to: Honorable David H. Coar
Demand: $9,999,000
Case in other court:  08−02460
Cause: 28:1331 Federal Question

Date Filed: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Dean E. Cochran**     represented by    **Dean E. Cochran**
9335 S. Merrill Avenue
Chicago, IL 60617
773−731−9302
PRO SE

V.

**Defendant**

**LaSalle Bank, N.A.**
*Parent Corporation*

**Defendant**

**LaSalle Bank Corp.**
*its affiliate*

**Defendant**

**Bank of America**
*an unknown Houston, Texas bank*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | RECEIVED Complaint and one copy by Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 3 | PRO SE Appearance by Plaintiff Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 4 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (kj, ) (Entered: 04/14/2008) |
| 04/25/2008 | 5 | MINUTE entry before Judge Honorable David H. Coar: The Plaintiff, Dean E. Cochran has filed at least nine other cases in this court, dating back to 1992. All have been dismissed for lack of subject matter jurisdiction or his failure to timely take some action required by law. While the facts alleged and relief sought in this case suggest only the (mere) outline of a jurisdictional basis, this court will not address the jurisdictional issue at this point. However, the litigation history of the this plaintiff suggests that he should be denied the right to proceed pro se and instead should put the amount of money representing the filing fee at risk before subjecting other parties and this court to the burden of further consideration of this matter. Accordingly, the In Forma Pauperis Application 4 is denied /s/ David H. Coar,David H. Coar, U.S. District Judge. Mailed notice (vcf, ) (Entered: 04/28/2008) |
| 05/09/2008 | 6 | MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4. (Poor Quality Original − Paper Document on File.) (lcw, ) (Entered: 05/12/2008) |

| | | |
|---|---|---|
| 05/09/2008 | 7 | NOTICE of Motion by Dean E. Cochran for presentment of motion to object 6 before Honorable David H. Coar on 5/14/2008 at 09:00 AM. (lcw, ) (Entered: 05/12/2008) |
| 05/13/2008 | 8 | MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the Federal Rules of Civil Procedure and 6 is denied for the same reasons stated in the order denying the Application to proceed in forma pauperis. Parties need not appear on the noticed motion date of 5/14/2008. Mailed notice (pm, ) (Entered: 05/13/2008) |
| 05/16/2008 | 9 | MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 2008 8 . (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 10 | NOTICE of Motion by Dean E. Cochran for presentment of motion to vacate order of court dated May 13th, 2008 9 before Honorable David H. Coar on 5/22/2008 at 09:00 AM. (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 11 | AFFIDAVIT of Dean E. Cochran. (td, ) (Entered: 05/19/2008) |
| 05/21/2008 | 12 | MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 9 is denied. Parties need not appear on the noticed motion date of 5/22/2008.Mailed &Telephone notice (pm, ) (Entered: 05/21/2008) |
| 05/22/2008 | 13 | MOTION by Plaintiff Dean E. Cochran to disqualify judge F.R.C.P.63. (td, ) (Entered: 05/23/2008) |
| 05/22/2008 | 14 | NOTICE of Motion by Dean E. Cochran for presentment of motion to disqualify judge F.R.C.P.63 13 before Honorable David H. Coar on 6/2/2008 at 09:00 AM. (td, ) (Entered: 05/23/2008) |
| 05/28/2008 | 15 | MINUTE entry before the Honorable David H. Coar: The Plaintiff in this case has moved to disqualify the undersigned as the judge in this case pursuant to 28 U.S.C.A. §§ 144 and 455. In his affidavit in support of the motion, the Plaintiff cites nothing other than the fact that he believes that the decisions of this Court violates his rights and are incorrect. His remedy is to appeal those decisions, not to change judges until he finds one who agrees with him. If the Court of Appeals reverses this Court's rulings on the merits, it has the discretion to require assignment of the case to another judge. Therefore, Plaintiff's Motion to disqualify judge 13 is denied. Movant need not appear on the noticed motion date of 6/2/2008. Mailed notice (pm, ) (Entered: 05/28/2008) |
| 05/30/2008 | 16 | MOTION by Plaintiff Dean E. Cochran for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief − [FR.C.P.7 (b), 62 (b). (td, ) (Entered: 06/03/2008) |
| 05/30/2008 | 17 | NOTICE of Motion by Dean E. Cochran for presentment of motion for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief − [FR.C.P.7 (b), 62 (b) 16 before Honorable David H. Coar on 6/4/2008 at 09:00 AM. (td, ) (Entered: 06/03/2008) |
| 06/03/2008 | 18 | MINUTE entry before the Honorable David H. Coar:Motion to stay 16 is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice (pm, ) (Entered: 06/03/2008) |
| 06/05/2008 | 19 | MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 20 | NOTICE of Motion by Dean E. Cochran for presentment of motionto stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 before Honorable David H. Coar on 6/12/2008 at 09:00 AM. (td, ) (Entered: |

| | | |
|---|---|---|
| | | 06/06/2008) |
| 06/05/2008 | 21 | NOVATION Agreement − Transfer of Assets. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 22 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (rp, ) (Entered: 06/06/2008) |
| 06/05/2008 | 24 | NOTICE of appeal by Dean E. Cochran regarding orders 18 fee due. (air, ) (Entered: 06/12/2008) |
| 06/11/2008 | 23 | MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 will be heard by Judge Pallmeyer in courtroom # 2119 on 6/12/2008 at 09:00 AM. Mailed notice (pm, ) (Entered: 06/11/2008) |
| 06/12/2008 | 25 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 24 . Notified counsel (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 26 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 27 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to stay upon appeal F.R.C.P. 50(a)(b), F.R.C.P. 52(b), 59(a)(2)(d)(e), F.R.C.P. 60(b)(1)(2)(3), temporary restraining order F.R.C.P. 65(a),(1,2,),(b), motion and or complaint for preliminary injunction F.R.C.P. 6(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21 19 is denied. Plaintiff also seeks leave to proceed in forma pauperis. Judge Coar denied such a motion earlier and it appears that Plaintiff has never paid any portion of the filing fee. The court understands his renewed motion seeks leave to proceed on appeal without payment of the fee. Plaintiff's renewed motion 22 is denied without prejudice to reconsideration in the event Plaintiff make a good faith effort to pay even a reduced portion of this courts filing fee. Mailed notice (kj, ) (Entered: 06/13/2008) |
| 06/12/2008 | 28 | MOTION to stay upon appeal (motion for supplemental pleadings) by Plaintiff Dean E. Cochran. (kj, ) (Entered: 06/16/2008) |
| 06/12/2008 | 29 | NOTICE of Motion by Dean E. Cochran for presentment of motion to stay 28 before Honorable David H. Coar on 6/19/2008 at 09:00 AM. (kj, ) (Entered: 06/16/2008) |
| 06/16/2008 | 30 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 24 ; USCA Case No. 08−2460. (kjc, ) (Entered: 06/18/2008) |
| 06/16/2008 | 32 | NOTICE of appeal by Dean E. Cochran, fee due. (air, ) (Entered: 06/18/2008) |
| 06/16/2008 | 33 | REQUEST by Plaintiff Dean E. Cochranto order transcript and prepare reporter's transcript. (air, ) (Entered: 06/18/2008) |
| 06/18/2008 | 31 | MINUTE entry before the Honorable David H. Coar:Motion to stay 28 will be heard by Judge Pallmeyer in Courtroom #2119 on 6/19/2008 at 09:00 AM.Mailed notice (pm, ) (Entered: 06/18/2008) |