# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Rebecca R. Pallmeyer *RRP* |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2080 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Dean E. Cochran vs. LaSalle Bank, N.A. | | |

**DOCKET ENTRY TEXT**

Stay upon appeal F.R.C.P. 50(a)(b), F.R.C.P. 52(b) and motion for supplemental pleadings F.R.C.P. 15(a)(1)(A), Rule 15(c)(1)(B), (d), [28] stricken for plaintiff's failure to appear in court.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|