# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2080 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Dean Cochran vs. LaSalle Bank, NA et al | | |

**DOCKET ENTRY TEXT**

Request [33] by Plaintiff Dean E. Cochran to order transcript and prepare reporter's transcript is denied as unnecessary. The plaintiff may get in touch with the Court Reporter and order any transcript of proceedings he deems necessary.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|