

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

June 27, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Dean E. Cochran vs. LaSalle Bank, N.A.

U.S.D.C. DOCKET NO. : 08cv2080

U.S.C.A. DOCKET NO. : 08-2507, 08-2460

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)          **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: *A. Rone*
A. Rone, Deputy Clerk

    **I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    **One Vol. Of Pleadings**

In the cause entitled: Dean E. Cochran vs. LaSalle Bank, N.A..

USDC NO.  : 08cv2080

USCA NO.  : 08-2460, 08-2507

    IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 27th day of June, 2008.

    MICHAEL W. DOBBINS, CLERK

By: _A. Rone_____

    A. Rone, Deputy Clerk

APPEAL, KEYS

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02080
*Internal Use Only*

Cochran v. LaSalle Bank, N.A. et al
Assigned to: Honorable David H. Coar
Demand: $9,999,000
Case in other court: 08-02460
                       08-02507
Cause: 28:1331 Federal Question

Date Filed: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

Dean E. Cochran      represented by    Dean E. Cochran
                                                                        9335 S. Merrill Avenue
                                                                         Chicago, IL 60617
                                                                         773-731-9302
                                                                         PRO SE

V.

**Defendant**

LaSalle Bank, N.A.
*Parent Corporation*

**Defendant**

LaSalle Bank Corp.
*its affiliate*

**Defendant**

Bank of America
*an unknown Houston, Texas bank*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/11/2008 | 1 | 6 | RECEIVED Complaint and one copy by Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 2 | 18 | CIVIL Cover Sheet. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 3 | | PRO SE Appearance by Plaintiff Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 4 | 19 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (kj, ) (Entered: 04/14/2008) |
| 04/25/2008 | 5 | 22 | MINUTE entry before Judge Honorable David H. Coar: The Plaintiff, Dean E. Cochran has filed at least nine other cases in this court, dating back to 1992. All |

| | | | |
|---|---|---|---|
| | | | have been dismissed for lack of subject matter jurisdiction or his failure to timely take some action required by law. While the facts alleged and relief sought in this case suggest only the (mere) outline of a jurisdictional basis, this court will not address the jurisdictional issue at this point. However, the litigation history of the this plaintiff suggests that he should be denied the right to proceed pro se and instead should put the amount of money representing the filing fee at risk before subjecting other parties and this court to the burden of further consideration of this matter. Accordingly, the In Forma Pauperis Application 4 is denied /s/ David H. Coar,David H. Coar, U.S. District Judge. Mailed notice (vcf, ) (Entered: 04/28/2008) |
| 05/09/2008 | 6 | | MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4. (Poor Quality Original – Paper Document on File.) (lcw, ) (Entered: 05/12/2008) |
| 05/09/2008 | 7 | | NOTICE of Motion by Dean E. Cochran for presentment of motion to object 6 before Honorable David H. Coar on 5/14/2008 at 09:00 AM. (lcw, ) (Entered: 05/12/2008) |
| 05/13/2008 | 8 | 23 | MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the Federal Rules of Civil Procedure and 6 is denied for the same reasons stated in the order denying the Application to proceed in forma pauperis. Parties need not appear on the noticed motion date of 5/14/2008. Mailed notice (pm, ) (Entered: 05/13/2008) |
| 05/16/2008 | 9 | 24 | MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 2008 8 . (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 10 | | NOTICE of Motion by Dean E. Cochran for presentment of motion to vacate order of court dated May 13th, 2008 9 before Honorable David H. Coar on 5/22/2008 at 09:00 AM. (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 11 | 29 | AFFIDAVIT of Dean E. Cochran. (td, ) (Entered: 05/19/2008) |
| 05/21/2008 | 12 | 31 | MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 9 is denied. Parties need not appear on the noticed motion date of 5/22/2008.Mailed &Telephone notice (pm, ) (Entered: 05/21/2008) |
| 05/22/2008 | 13 | 32 | MOTION by Plaintiff Dean E. Cochran to disqualify judge F.R.C.P.63. (td, ) (Entered: 05/23/2008) |
| 05/22/2008 | 14 | | NOTICE of Motion by Dean E. Cochran for presentment of motion to disqualify judge F.R.C.P.63 13 before Honorable David H. Coar on 6/2/2008 at 09:00 AM. (td, ) (Entered: 05/23/2008) |
| 05/28/2008 | 15 | 37 | MINUTE entry before the Honorable David H. Coar: The Plaintiff in this case has moved to disqualify the undersigned as the judge in this case pursuant to 28 U.S.C.A. §§ 144 and 455. In his affidavit in support of the motion, the Plaintiff cites nothing other than the fact that he believes that the decisions of this Court violates his rights and are incorrect. His remedy is to appeal those decisions, not to change judges until he finds one who agrees with him. If the Court of Appeals reverses this Court's rulings on the merits, it has the discretion to require assignment of the case to another judge. Therefore, Plaintiff's Motion to |

| | | | |
|---|---|---|---|
| | | | disqualify judge 13 is denied. Movant need not appear on the noticed motion date of 6/2/2008. Mailed notice (pm, ) (Entered: 05/28/2008) |
| 05/30/2008 | 16 | 38 | MOTION by Plaintiff Dean E. Cochran for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief – [FR.C.P.7 (b), 62 (b). (td, ) (Entered: 06/03/2008) |
| 05/30/2008 | 17 | | NOTICE of Motion by Dean E. Cochran for presentment of motion for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief – [FR.C.P.7 (b), 62 (b) 16 before Honorable David H. Coar on 6/4/2008 at 09:00 AM. (td, ) (Entered: 06/03/2008) |
| 06/03/2008 | 18 | 42 | MINUTE entry before the Honorable David H. Coar:Motion to stay 16 is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice (pm, ) (Entered: 06/03/2008) |
| 06/05/2008 | 19 | 43 | MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 20 | 48 | NOTICE of Motion by Dean E. Cochran for presentment of motionto stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 before Honorable David H. Coar on 6/12/2008 at 09:00 AM. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 21 | 50 | NOVATION Agreement – Transfer of Assets. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 22 | 56 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (rp, ) (Entered: 06/06/2008) |
| 06/05/2008 | 24 | 60 | NOTICE of appeal by Dean E. Cochran regarding orders 18 fee due. (air, ) (Entered: 06/12/2008) |
| 06/11/2008 | 23 | 59 | MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 will be heard by Judge Pallmeyer in courtroom # 2119 on 6/12/2008 at 09:00 AM. Mailed notice (pm, ) (Entered: 06/11/2008) |
| 06/12/2008 | 25 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 24. Notified counsel (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 26 | | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: |

| | | |
|---|---|---|
| | | unnecessary. The plaintiff may get in touch with the Court Reporter and order any transcript of proceedings he deems necessary. Mailed notice (pm, ) (Entered: 06/24/2008) |

Key:
All √ items sent with record on appeal in previous appeal #
All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover