

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Dean E. Cochran,                              )    <u>A.C. No.:  08-2507</u>
                                            )
          Appellant,                   )
                                            )
                                            )    <u>D.C. Judge:  David H. Coar</u>
                                            )
Vs.                                          )    08c 2080
                                            )    <u>D.C. Case No.:  08-02080</u>
                                            )
                                            )    **FILED**
Bank Of America, (Fka) LaSalle Bank, N.A.,   )
Bank Of America Corporation, LaSalle Bank-   )    JUL 0 2 2008 TC
Corporation, Elaine E. Bucklo,               )    JuL 02 2008
                                            )    **MICHAEL W. DOBBINS**
          Appellees,                   )    **CLERK, U.S. DISTRICT COURT**

### APPELLATANT'S DOCKETING STATEMENT
### <u>C.R. 28 (a), F.R.A.P. 12 (a),</u>

    Dean E. Cochran, Plaintiff, in the above-entitled proceeding, and Appellant herein, moves for an

Order, submitting the Docketing Statement, to the Clerk of the Court Appeals, as according to the Fed. R.

of Appellate Procedure 12 (a), in compliance to Circuit Rule 28 (a), as stated herein.  Appellant states as

follows:

### <u>TYPE OF ACTION:      CIVIL</u>

1.  **District – Seventh    Judge:  David H. Coar**

    **<u>District Court Docket No.:  08 CV 02080</u>**

2.  Statute of other authority establishing jurisdiction in the District Court:  U.S.C.A. 12 Sec. 2401, 12

Sec. 1951 (b), U.S.C.A. 12 Sec. 93, U.S.C.A. 31 Sec. 5153, U.S.C.A. Sec. 24, L.R. 54.5-Stipulation

Regarding Payment of Fees and Costs not Prepaid-U.S.C.A. Sec 1915.

Court Of Appeals:  U.S.C.A. 28 1291, Circuit Rule 3 © (2), Fees:  F.R.A.P. 3 (e), C.R. 3 © (2).

**A.**   Timeliness of Appeal

**1.**   Date of entry of judgment or order appealed from:  June 5th, 2008.

**2.**   Date this Notice of Appeal filed: June 5th, 2008.

**3.**   Filing date of any post-judgment Motion filed by any party which tolls time under FRAP 4 (a) (4) or

4 (b): **[ Does not Apply to Appellant].**

**4.**   Date of entry of order deciding above post-judgment motion:  **"Does not apply to Appellant".**

**5.**   Filing date of any motion to extend time under FRAP 4 (a) (5), 4 (a) (5) or 4 (b):  "Not Applicable"

Time extended to:  **"Not Applicable".**

**B.**   Finality of Order:       June 19th, 2008.

**1.**   Is the Order of judgment Appealed from a final decision on the merits?  **(Yes)**   -    No

**2.**   If no, **(a.)**  Did the District Court Order entry of judgment as to fewer than all claims or all parties

pursuant to FRCP 54 (b)?  Yes  -  **No.**

**3.**   **(b.)**  Is the Order Appealed from a Collateral or Interlocutory Order reviewable under any exception

to the finality rule?  Yes  -  **No.**  If Yes, Explain.

---

**C.**   Has this case previously been Appealed?  Yes  -  **No.**

If yes, give the case name, Docket Number and disposition of each prior Appeal:

**D.**   Based on your present knowledge:

Will this Appeal involve a question of first impression?  Appellant Unsure!

If yes, please explain briefly on a separate page.

**E.**   If a related case is pending in this Court, has it been accepted for Mediation by the Office of the

Circuit Mediator?  Yes  -  No **"Appellant Unsure".**

F.  State the **Nature of the Suit, the Relief Sought,** and the outcome below.   Attach additional page if necessary.

Appellant, stated-above, in determining the **Nature of Suit,** has filed a Temporary Restraining Order, Complaint and or a Motion for Preliminary Injunction, in  reference to the Bankruptcy Secrecy Act, 12 U.S.C.A. Sec. 1954, F.R.C.P. 65 (a), (1), (2), F.R.C.P. 20 (a), Stay Upon Appeal F.R.C.P. 50 (a) (b), F.R.C.P. 52 (b), 59 (a), (2), (d), (e), F.R.C.P. 60 (b), (1), (2), (3), Motion for Nonjoinder of Parties F.R.C.P. 21.  Plaintiff, Dean E. Cochran, filed the above-entitled cause of action on April 11th, 2008, against the Bank of America, (fka) LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in regards to the relinquishment of Social Security Benefits (SSDI), unjustly withheld by the above-stated Corporation, from a Direct-Deposit Application, stemming from April of 2006.  The above-stated Corporation, (Bank of America), to my belief permitted the unlawful withholding, transferring, counterfeiting, embezzlement and the modification, of Plaintiff's benefits, from an out-of-state bank, located in [Houston, Texas], and Plaintiff, has made a direct demand for the confiscation of these benefits.  The Defendants' have had 24 consecutive months to correct the matter, in which has caused a series of "Transaction or Occurrences", that have occurred, in previous months preceding the date of the filing of this particular suit.  The unjust delay or permission of this out-of-state bank, to modify Plaintiff's benefits, has caused an Unjust Impoverishment, and Unjust Enrichment, upon Plaintiff's life, including but not to exclude  Public Embarrassment,  a negative state of well-being, for the unjust delay of relinquishment of Plaintiff's, benefits, in which is a relatively large sum of Money, and Plaintiff, has a right to these monies. Furthermore, the Plaintiff, has filed a attachment to the original Complaint, and or a Motion for Nonjoinder of Parties, for the Transfer and or Novation Agreement, submitted to the "Transferor", [United States Treasury], to the additional Application, of Plaintiff's benefits, being withheld by the

3

above-stated Nonjoinder, Defendant, Elaine E. Bucklo, in which has been fraudulently concealed, for approximately 14 years, by the above-stated party, listed on Appellant's Caption.

**Relief Sought, by Appellant,** as stated, would be the confiscation, of Plaintiff's benefits, unjustly withheld by the [Bank of America], (fka), the LaSalle Bank, N.A., also, the confiscation of benefits, in the jurisdiction of the out-of-state, [Houston, Texas Bank], also, the Transfer of Benefits, in the name of the above-stated Defendant, "Elaine E. Bucklo", now in an unknown Savings Account: located at the similar location, or Corporate Bank stated-above. The granting of the Novation Agreement, between the Plaintiff, and the United States Treasury, and any other additional Motions or additional parties, that were not available to the Court before the Commencement, of Plaintiff's, complaint. The opportunity to present, any and all other additional Motions or Complaints, that the Plaintiff, did not have the opportunity to present, to the court, before the dismissal of Plaintiff's Complaint. Last but not least, the granting of the attached request for an (American Express), or Bank of America, Master or Visa Credit Card, with the requested limit, requested on Plaintiff's original complaint. Also, the Entry of Default Judgment against, the above-stated Defendants', for failure to Plead or Respond to the Original Complaint, filed on April 11th, 2008, as according to F.R.C.P. 12 (a) (1) (A) (i), - Nonjoinder of Parties F.R.C.P. 12 (3), Judgments: F.R.C.P. 54 (b) (c), F.R.C.P. 55 Entry Of Judgment, (a), (b) (1) (2).

**G. Issues To Be Raised On Appeal:** Attach additional page if necessary: Issues To Be Raised On Appeal, pertain to the formality as to the basis of the Court's decision to dismiss Appellant's case, based on Subject Matter Jurisdiction, and the previous decisions, filed by the Court, against, Appellant, before the Commencement of Plaintiff's case, which had been the basis of the Court's ruling. The question of the Motion for the filing of the Informa Pauperis Affidavit, which had been denied by the Court, after the application, and affidavit, filed by the Plaintiff, in which the court had specific, detailed information, pertaining to the amount of Plaintiff's monthly income, Public Aid Benefits, and the monthly living

4

expenses, that were overlooked by the court, as the Plaintiff, also added copies of Plaintiff's Monthly Rental Receipts, for the previous year, including the fraudulent documentation from the Social Security Administration, pertaining to Plaintiff's monthly benefits. Whether the court has the right to deny, the execution of Plaintiff's, Civil Proceeding, based on the fact of, the dismissal of previous cases that were filed, by the Plaintiff, before the introduction of Plaintiff's case, to the Honorable David H. Coar. Also, whether the Court has the right to dismiss, the Plaintiff's case simply because the Plaintiff, does not have the Costs, and Fees, prescribed the District Court, for the Docketing of Any and all Complaints filed by "Informa Pauperis Affidavit", applications. The sole basis for the denial or the dismissal of Plaintiff's case is based on the fact that the Honorable David H. Coar, desired to confiscate the benefits, and or the compensation belonging to Plaintiff, for "Himself", stemming the [Writ of Attachment], F.R.C.P. 64, filed on May 16th, 2008, and dismissed Plaintiff's case as a Pro Se Plaintiff. Plaintiff, is aware, or under the assumption, that the Honorable David H. Coar, has done the same or similar, dismissal, or denial of other Pro Se ligitants, or cases filed and presented before the above named District Court Judge, based on the Judge's analysis, that all Pro Se Ligitants are "Ignorant", and therefore are unaware of the Court's deception and Concealment of Compensation, that are paid to the Justices, to receive a dismissal of the proceedings, or to receive a favorable decision of the opposing parties complaint. Of course, this is a speculative, or hypothetical evaluation of the dealings of this particular Justice, nevertheless, the Plaintiff, is basing his hypothesis, of the treatment, and the decisions, based on Plaintiff's complaint. The Defendant, did not at any time during the Civil Proceedings, Respond to Plaintiff's complaint, Oppose or Object to any of Plaintiff's Motions, Appear by Notice of Motion, to any and all of Plaintiff's Motions, make an Appearance or any other opposition, to Plaintiff's Complaint, nor has Defendant, made any other opposition to Plaintiff's, complaints, Motions, Injunctions, Temporary Restraining Orders, or any opposition to Plaintiff's Appeal, now filed with the United States Court of Appeals, for the Seventh

Circuit. So how can the District Court deny the filing or the granting of Plaintiff's Informa Pauperis

Affidavit, which could have been added by Stipulation Regarding Payment of Fees and Costs not prepaid

by the Complaining party, C.R. 3 ©, (2). Nevertheless, the Plaintiff, confesses that the Affidavit

Accompanying Motion For Permission to Appeal In Forma Pauperis, Application, Question 1. Indication

for the Retirement (such as social security, pensions, annuities, insurance) section or the Disability (such

as social security, insurance payments) section, the Plaintiff, listed the Total Amount of benefits, received

for the total 12 months, as opposed to the monthly benefits, that should been listed. The Court may

misconstrued the correct amount of Plaintiff's benefits, and denied Plaintiff's application, based on this

mistake.

**H.** Does this Appeal challenge the Constitutionality of a Federal or State Statute in a case to which the
United States or the affected state is not a party? **Yes**  -  No.

**I.** Is Settlement being discussed? Yes  **-  No.**

**J.** Is expedited disposition of this case necessary?  Yes  -  No.  If yes, you must file an appropriate
motion.

Is Oral Argument necessary? **Yes**  -  No.

**K.** Were there any in-court proceedings below? **Yes**  -  No.

Is the Transcript necessary for this appeal? **Yes**  -  No.

If yes, is transcript already on file with District Court? **Yes**  -  No.

If transcript is not already on file, attach copy of Transcript Order:

**L.** List each adverse party to the Appeal.  If no Attorney, give address and Telephone Number of the
Adverse Party.  Attach additional page if necessary.  A list of adverse parties attached to Docketing
Statement.

1.  Bank or America
    (Fka) LaSalle Bank, N.A.
    LaSalle Bank Corporation
    Stony Island Branch
    1651 E. 95th Street
    Chicago, Illinois  60617
    (773) 933-7900
    (Fax) (773) 768-4011

3.  Director- Michael Colorusso
    United States Treasury
    Philadelphia Regional Center
    P.O. Box 51317
    Philadelphia, Penn.  19115-6317

2.  Elaine E. Bucklo
    Everett McKinley Dirksen
    United States Courthouse
    219 South Dearborn Street
    Chambers No.:  1446
    Chicago, Illinois  60604

4.  C/O Claimant Services Supervisor
    United States Treasury
    Prince George Center II
    3700 E.W. Highway
    Hyattsville, Maryland  20752

**M.** List name (s) and address(es) of Appellant (s) who filed this Notice of Appeal and Appellant's Counsel.

### Attach additional page if necessary:

Appellant's Name:      Dean E. Cochran
Address:               9335 South Merrill Avenue, Chicago, Illinois  60617
Telephone:             (773) 731-9302
Attorney's Phone:      Appellant files this Notice of Appeal, Pro Se.  (Or)
Address:               1039 W. Lawrence Avenue, Chicago, Illinois  60640.  Rm. 615
Telephone:             (773) 561-1133

Will you be handling the Appeal?  **(Yes)** -  No

**F.R.A.P. 12 (b)** provides that each Attorney who files a Notice of Appeal must file with the Clerk of

the Court of Appeals a Statement naming each party represented on Appeal by that Attorney.  Any

counsel, other than the Attorney filing this form, who filed a Notice of Appeal must provide the requisite

Statement to be attached to this form.

Dean E. Cochran/ Pro Se Appellant

7

## ATTACH:

1.  ADDITIONAL PAGES CONTAINING EXTENDED ANSWERS TO QUESTIONS ON THIS
    FORM.

2.  THE NOTICE OF APPEAL.

3.  THE DISTRICT COURT DOCKET SHEET..

4.  A COPY OF THE ORDER OR JUDGMENT FROM WHICH THE APPEAL IS TAKEN.

5.  ANY OPINION OR FINDINGS.

6.  ANY OPINION, FINDINGS, OR RECOMMENDATIN OF A UNITED STATES MAGISTRATE
    JUDGE, AN ADMINISTRATIVE LAW JUDGE, A SOCIAL SECURITY APPEALS COUNCIL,
    OR A BANKRUPTCY COURT.

7.  A COPY OF THE TRANSCRIPT ORDER (WITH ATTACHMENTS, IF ANY).

8.  A CERTIFICATE OF SERVICE FOR THIS DOCKETING STATEMENT.

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, APPELLANT'S DOCKETING STATEMENT, WAS HAD BY TRUE COPY THEREOF,** to the Clerk of Court of the United States District Court for the Northern District of Illinois, Eastern, by personal delivery, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and the Bank Manager, for the Bank Of America, (Fka) LaSalle Bank, N.A., LaSalle Bank Corporation, Stony Island Branch, 1651 E. 95th Street, Chicago, Illinois 60617, and all parties to the Appeal, all on this 2nd day of June, 2008, by Appellant, Dean E. Cochran.

7/2/2008

Bank Of America
(Fka) LaSalle Bank, N.A.
LaSalle Bank Corporation
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011


Elaine E. Bucklo
Everett McKinley Dirksen
219 South Dearborn Street
Chambers No.: 1446
Chicago, Illinois 60604


C/O Claimant Services Supervisor
UNITED STATES TREASURY
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland 20752

Dean E. Cochran/ Pro Se Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302 (Or)

1039 W. Lawrence Avenue, Rm. 615
Chicago, Illinois 60640
(773) 561-1133


Director-Michael Colarusso
UNITED STATES TREASURY
Philadelphia Regional Center
P.O. Box 51317
Philadelphia, Penn. 19115-6317

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

| | | |
|---|---|---|
| Dean E. Cochran, | ) | |
| | ) | JUN 0 5 2008 |
| Plaintiff, | ) | |
| | ) | MICHAEL W. DOBBINS |
| | ) | CLERK, U.S. DISTRICT COURT |
| | ) | **D.C. Judge:** David H. Coar |
| Vs. | ) | |
| | ) | **D.C. Case No.: 08 CV 2080** |
| | ) | |
| LaSalle Bank, N.A., (aka) LaSalle- | ) | |
| Bank Corporation, Bank Of America, | ) | |
| Their Affiliates, | ) | |
| | ) | SS. NO.: 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 |
| Defendants', | ) | |

### NOTICE OF APPEAL
### F.R.A.P. 3 (a) (1), (c),      (1,), (A,B,C,), (2),
### F.R.A.P. 4 (A), (i),

    **NOTICE IS HEREBY GIVEN** that, Dean E. Cochran, Plaintiff, by himself as Pro Se Counsel, in

the above named case, hereby **Appeal to the United States Court of Appeals for the Seventh Circuit,**

(from final judgment), (from an Order), dated June 3rd, 2008, which states, **"MINUTE"**, entry before the

Honorable David H. Coar: **Motion to stay [16] is denied.** Movant need not appear on the noticed motion

date of 6/4/2008.  Mailed notice (pm,),  entered in this action on, Tuesday, June 3rd, 2008.


6/5/2008                                             Respectfully Submitted,

                                              *Dean E. Cochran*

(name of bank Man)                                  Dean E. Cochran / Pro Se Counsel
LaSalle Bank, N.A.                                  1039 W. Lawrence Avenue
LaSalle Bank Corporation                            Chicago, Illinois  60640
Bank Of America                                     (773) 561-1133  (Or)
Stony Island Branch
1651 E. 95th  Street
Chicago, Illinois  60617
(773) 933-7900

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF APPEAL,** was had by mailing a true copy

thereof, and by delivering a copy to the Clerk of Court of the United District Court, located at the Dirksen

Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to the address of

the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle Bank Corporation, in Affiliation with the

Bank Of America, Stony Island Branch Location, 1651 E. 95th Street, Chicago, Illinois 60617, by First

Class U.S. Mail, Postage Pre-Paid, all on this 5TH day of JUNE, 2008, by Plaintiff, Dean E. Cochran.

6/5/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois 60640
(773) 561-1133 (Or)

9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**AFFIDAVIT**

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

Dean E. Cochran, being first sworn on oath, deposes and says:

1.    Affiant is the Plaintiff, in the above-captioned cause, which was instituted on or about, April 11th,

2008, and, thereafter, on or about June 3rd, 2008, a judgment was entered in the Court and cause in favor of

the LaSalle Bank, N.A., and against affiant.

2.    Thereafter, on or about, June 5th, 2008, affiant gave Notice of Appeal on the case to the U.S. District

Court for the Northern District of Illinois, Eastern Division, from the final judgment entered on or about,

June 3rd, 2008, and from the whole, and from the purported formal written judgment dated April 13th, 2008.

3.    The appeal has not been taken for delay, and affiant is informed and believes, and on such

information and belief states, that affiant has sufficient cause for taking the appeal.

4.    The bond for appeal is fixed at the sum of $_____, dollars; affiant has no property whatsoever and is

unable to give bond to proceed with the appeal and, as a matter of fact, (the basis for the Court's denial of

Plaintiff's case, is pertaining to the payment of filing fees, or the Informa Pauperis Affidavit), submitted to

the court on the date of filing of Plaintiff's case; affiant has no money whatsoever and has been unable to

make a bond in the sum of $_____, dollars, for the taking of this appeal, and, within the time for taking

the appeal, affiant files this affidavit showing to the Court that affiant is unable to give bond on appeal.

5.    Affiant has endeavored to procure appeal bond, and none of affiant's friends or relatives are able to

or willing to execute the bond, and no surety will execute the bond without sufficient collateral; and affiant

3

has no property by which affiant could secure the bond, nor has affiant sufficient income to pay for such bond.

6.    Affiant is informed and believes and on such information and belief states that affiant has a meritorious appeal from the judgment previously entered in the above-entitled cause and that, if affiant is unable to appeal to the United States of Appeals, affiant will lose rights and property without sufficient cause under the law; and affiant desires to take the appeal without giving bond.

6/4/2008                                              Respectfully Submitted,

                                                     _____
                                                     Dean E. Cochran/ Plaintiff-Pro Se Counsel


**Sworn and subscribed before me this            day of June, 2008.**


**My Commission Expires:** _____

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dean E. Cochran

                 Plaintiff,

v.

                                    Case No.: 1:08−cv−02080
                                    Honorable David H. Coar

LaSalle Bank, N.A., et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

       MINUTE entry before the Honorable David H. Coar:Motion to stay [16] is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov.*

LIVE, Ver 3.2.1 - U.S. District Court, Northern Illinois          https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?382246655088897-L_5...

APPEAL, KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02080
### Internal Use Only

Cochran v. LaSalle Bank, N.A. et al
Assigned to: Honorable David H. Coar
Demand: ~~$9,999,999~~ *$2.4 BILLION*
Cause: 28:1331 Federal Question

Date Filed: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Dean E. Cochran**

represented by **Dean E. Cochran**
9335 S. Merrill Avenue
Chicago, IL 60617
773-731-9302
PRO SE

V.

### Defendant

**LaSalle Bank, N.A.**
*Parent Corporation*

### Defendant

**LaSalle Bank Corp.**
*its affiliate*

### Defendant

**Bank of America**
*an unknown Houston, Texas bank*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | RECEIVED Complaint and one copy by Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/14/2008) |
| 04/11/2008 | 3 | PRO SE Appearance by Plaintiff Dean E. Cochran. (kj, ) (Entered: 04/14/2008) |

1 of 4                                                                              6/16/2008 12:42 PM

CM/ECF LIVE, Ver 3.2.1 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?382246655088897-L_5...

| | | |
|---|---|---|
| 04/11/2008 | 4 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (kj, ) (Entered: 04/14/2008) |
| 04/25/2008 | 5 | MINUTE entry before Judge Honorable David H. Coar: The Plaintiff, Dean E. Cochran has filed at least nine other cases in this court, dating back to 1992. All have been dismissed for lack of subject matter jurisdiction or his failure to timely take some action required by law. While the facts alleged and relief sought in this case suggest only the (mere) outline of a jurisdictional basis, this court will not address the jurisdictional issue at this point. However, the litigation history of the this plaintiff suggests that he should be denied the right to proceed pro se and instead should put the amount of money representing the filing fee at risk before subjecting other parties and this court to the burden of further consideration of this matter. Accordingly, the In Forma Pauperis Application 4 is denied /s/ David H. Coar,David H. Coar, U.S. District Judge. Mailed notice (vcf, ) (Entered: 04/28/2008) |
| 05/09/2008 | 6 | MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4. (Poor Quality Original - Paper Document on File.) (lcw, ) (Entered: 05/12/2008) |
| 05/09/2008 | 7 | NOTICE of Motion by Dean E. Cochran for presentment of motion to object 6 before Honorable David H. Coar on 5/14/2008 at 09:00 AM. (lcw, ) (Entered: 05/12/2008) |
| 05/13/2008 | 8 | MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to object to ruling or order dated 4/25/08 F.R.C.P. 46, F.R.C.P. 3,4 is deemed to be a motion under Rule 59 of the Federal Rules of Civil Procedure and 6 is denied for the same reasons stated in the order denying the Application to proceed in forma pauperis. Parties need not appear on the noticed motion date of 5/14/2008. Mailed notice (pm, ) (Entered: 05/13/2008) |
| 05/16/2008 | 9 | MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 2008 8 . (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 10 | NOTICE of Motion by Dean E. Cochran for presentment of motion to vacate order of court dated May 13th, 2008 9 before Honorable David H. Coar on 5/22/2008 at 09:00 AM. (td, ) (Entered: 05/19/2008) |
| 05/16/2008 | 11 | AFFIDAVIT of Dean E. Cochran. (td, ) (Entered: 05/19/2008) |
| 05/21/2008 | 12 | MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Dean E. Cochran to vacate order of court dated May 13th, 9 is denied. Parties need not appear on the noticed motion date of 5/22/2008.Mailed & Telephone notice (pm, ) (Entered: 05/21/2008) |
| 05/22/2008 | 13 | MOTION by Plaintiff Dean E. Cochran to disqualify judge F.R.C.P.63. (td, ) (Entered: 05/23/2008) |
| 05/22/2008 | 14 | NOTICE of Motion by Dean E. Cochran for presentment of motion to disqualify judge F.R.C.P.63 13 before Honorable David H. Coar on |

6/16/2008 12:42 PM

| | | 6/2/2008 at 09:00 AM. (td, ) (Entered: 05/23/2008) |
|---|---|---|
| 05/28/2008 | 15 | MINUTE entry before the Honorable David H. Coar: The Plaintiff in this case has moved to disqualify the judge in this case pursuant to 28 U.S.C.A. §§ 144 and 455. In his affidavit in support of the motion, the Plaintiff cites nothing other than the fact that he believes that the decisions of this Court violates his rights and are incorrect. His remedy is to appeal those decisions, not to change judges until he finds one who agrees with him. If the Court of Appeals reverses this Court's rulings on the merits, it has the discretion to require assignment of the case to another judge. Therefore, Plaintiff's Motion to disqualify judge 13 is denied. Movant need not appear on the noticed motion date of 6/2/2008. Mailed notice (pm, ) (Entered: 05/28/2008) |
| 05/30/2008 | 16 | MOTION by Plaintiff Dean E. Cochran for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief - [FR.C.P.7 (b), 62 (b). (td, ) (Entered: 06/03/2008) |
| 05/30/2008 | 17 | NOTICE of Motion by Dean E. Cochran for presentment of motion for stay of execution, or other proceedings for enforcement, of judgment until disposition of motion for other specified relief - [FR.C.P.7 (b), 62 (b) 16 before Honorable David H. Coar on 6/4/2008 at 09:00 AM. (td, ) (Entered: 06/03/2008) |
| 06/03/2008 | 18 | MINUTE entry before the Honorable David H. Coar:Motion to stay 16 is denied. Movan need not appear on the noticed motion date of 6/4/2008.Mailed notice (pm, ) (Entered: 06/03/2008) |
| 06/05/2008 | 19 | MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 20 | NOTICE of Motion by Dean E. Cochran for presentment of motionto stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 before Honorable David H. Coar on 6/12/2008 at 09:00 AM. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 21 | NOVATION Agreement - Transfer of Assets. (td, ) (Entered: 06/06/2008) |
| 06/05/2008 | 22 | APPLICATION by Plaintiff Dean E. Cochran for leave to proceed in forma pauperis. (rp, ) (Entered: 06/06/2008) |

| 06/05/2008 | 24 | NOTICE of appeal by Dean E. Cochran regarding orders 18 fee due. (air, ) (Entered: 06/12/2008) |
| 06/11/2008 | 23 | MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Dean E. Cochran to stay upon appeal F.R.C.P.50(a)(b), F.R.C.P.52(b),59(a),(2),(d),(e), F.R.C.P.60(b),(1),(2),(3), temporary restraining order F.R..C.P. 65(a),(1,2),(b), motion and or complaint for preliminary injunction F.R.C.P. 65(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21. 19 will be heard by Judge Pallmeyer in courtroom # 2119 on 6/12/2008 at 09:00 AM. Mailed notice (pm, ) (Entered: 06/11/2008) |
| 06/12/2008 | 25 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 24 . Notified counsel (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 26 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 06/12/2008) |
| 06/12/2008 | 27 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to stay upon appeal F.R.C.P. 50(a)(b), F.R.C.P. 52(b), 59(a)(2)(d)(e), F.R.C.P. 60(b)(1)(2)(3), temporary restraining order F.R.C.P. 65(a),(1,2,),(b), motion and or complaint for preliminary injunction F.R.C.P. 6(a), motion for nonjoinder of parties, and or motion for additional parties, unavailable to plaintiff, before the commencement of plaintiff's temporary restraining order, and petition for preliminary injunction F.R.C.P. 21 19 is denied. Plaintiff also seeks leave to proceed in forma pauperis. Judge Coar denied such a motion earlier and it appears that Plaintiff has never paid any portion of the filing fee. The court understands his renewed motion seeks leave to proceed on appeal without payment of the fee. Plaintiff's renewed motion 22 is denied without prejudice to reconsideration in the event Plaintiff make a good faith effort to pay even a reduced portion of this courts filing fee. Mailed notice (kj, ) (Entered: 06/13/2008) |
| 06/12/2008 | 28 | MOTION to stay upon appeal (motion for supplemental pleadings) by Plaintiff Dean E. Cochran. (kj, ) (Entered: 06/16/2008) |
| 06/12/2008 | 29 | NOTICE of Motion by Dean E. Cochran for presentment of motion to stay 28 before Honorable David H. Coar on 6/19/2008 at 09:00 AM. (kj, ) (Entered: 06/16/2008) |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Dean E. Cochran, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **D.C. Judge**: David H. Coar |
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| | ) | **D.C. Case No.:  08 CV 2080** |
| | ) | |
| | ) | |
| LaSalle Bank, N.A., (aka) LaSalle- | ) | **RECEIVED** |
| Bank Corporation, Bank Of America, | ) | |
| Their Affiliates, Elaine E. Bucklo, | ) | |
| | ) | JUN 1 6 2008 |
| Defendants', | ) | |
| | ) | SS. No.: 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  MICHAEL W. DOBBINS |
| | | CLERK, U.S. DISTRICT COURT |

## APPELLANT'S REQUEST TO ORDER TRANSCRIPT
## AND PREPARE REPORTER'S TRANSCRIPT
### F.R.A.P. 10 (b), (1),

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE**, that the Plaintiff-Appellant, Dean E. Cochran, in the above-entitled

action has previously, on June 5th, 2008, filed Notice Of Appeal from the judgment in the action, and

requests that a Reporter's Transcript of the oral and written proceedings in the action, including, **(1.)** all

rulings made, **(2.)** Instructions given, **(3.)** Instructions given by Plaintiff but refused by the court, **(4.)** all

acts or statements made by the court, **(5.)** all Objections or Exceptions of Counsel and all matters relating

to Objections or Exceptions, **(6.)** and all proceedings taken on the Motion for new trial and all matters

relating to such proceedings] be made up and prepared in accordance with the provisions of the F.R.A.P.

governing Appeals from United States District Courts.

6/16/2008                                    Respectfully Submitted,

1

(name of bank Man)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900

Dean E. Cochran / Pro Se Counsel
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)

## CERTIFICATE OF SERVICE

### SERVICE OF THE FOREGOING, APPELLANT'S REQUEST TO ORDER TRANSCRIPT,

was had by mailing a true copy thereof, and by delivering a copy to the Clerk of Court of the United

District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago,

Illinois  60604, and to the address of the Defendants', located at the LaSalle Bank, N.A., (aka) LaSalle

Bank Corporation, in Affiliation with the Bank Of America, Stony Island Branch Location, 1651 E. 95th

Street, Chicago, Illinois  60617,  by First Class U.S. Mail, Postage Pre-Paid, all on this 16TH day of JUNE,

2008, by Plaintiff, Dean E. Cochran.

6/16/2008
(name of Bank Man.)
LaSalle Bank, N.A.
LaSalle Bank Corporation
Bank Of America
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois  60617
(773) 933-7900
(Fax) (773) 768-4011

Dean E. Cochran / Pro Se Plaintiff
1039 W. Lawrence Avenue
Chicago, Illinois  60640
(773) 561-1133  (Or)


9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302


Elaine E. Bucklo
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chambers No.:  1446
Chicago, Illinois  60604

Director/Michael Colarusso
United States Treasury
Philadelphia Regional Center
P.O. Box 51317
Philadelphia, Pa.  19115-6317

2

 C/O - Claimant Services Supervisor
United States Treasury
Prince George Center II
3700 E.W. Highway
Hyattsville, Maryland  20752

RECEIVED

JUN 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3