UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran, ) | **A.C. No.: 08-2507** |
| ) | |
| Appellant, ) | |
| ) | |
| ) | **D.C. Judge: David H. Coar** |
| ) | |
| Vs. ) | 08 c 2080 |
| ) | |
| ) | **D.C. Case No.: 08-02080** |
| ) | |
| Bank Of America, (Fka) LaSalle Bank, N.A., ) | |
| Bank Of America Corporation, LaSalle Bank- ) | **FILED** |
| Corporation, Elaine E. Bucklo, ) | |
| ) | JUL 0 2 2008 TC |
| Appellees, ) | Jul 02 2008 |
| | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

**STIPULATION REGARDING PAYMENT OF
FEES AND COSTS NOT PREPAID**

**LR 54.5 (a) (b)-F.R.A.P. 3 (e)**

1. Please be advised that, the Appellant, Dean E. Cochran, hereby stated-above, requests a Stipulation Regarding Payment of Fees And Costs Not Prepaid. Pursuant to **LR 54.5 (a) Stipulation**. Which states", Where, pursuant to 28 U.S.C. Sec. 1915, 28 U.S.C. Sec. 1916 or 45 U.S.C. Sec. 153 (b), a Plaintiff seeks to commence a civil action without paying fees and costs or giving security for them, the Plaintiff and, if represented, counsel for the Plaintiff, shall file with the complaint a stipulation that the "Recovery", if any, in the action shall be paid to the clerk, who shall pay from it the filing fees and other costs not previously paid and remit the balance to the Plaintiff or Counsel for Plaintiff in accordance with section (b).

1

2. In reference to **F.R.A.P. 3 (e), Payment Of Fees**. "Which states", upon filing a Notice of Appeal, the Appellant must pay the District Clerk all required fees. The District Clerk receives the Appellate Docket Fee on behalf of the court of Appeals.

3. In reference to Circuit Rule 3. Notice of Appeal, Docketing Fee, Docketing Statement, and Designation of Counsel of Record: © (2), "Which states", failure to file the docketing statement within 14 days of the filing of the Notice of Appeal will lead to the imposition of a $100 fine on counsel. Failure to file the statement within 28 days of the filing of the Notice of Appeal will be treated as abandonment of the appeal, and the appeal will be dismissed. When the appeal is docketed, the court will remind the litigants of these provisions.

4. In regard to the above-stated, and cited rules of Court, Appellant, contends that he is not a Prisoner of any Correctional Facility, during the period of his Appeal, however as according to the Appellant's Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis, the Appellant's is considered as paupered, is a poor person, and as according to Statutory Law is entitled to file his Notice of Appeal, without the prepayment of fees and costs not Prepaid, in reference to LR 54.5. However, the Plaintiff, is willing to accept the terms pertaining to the rule of court which states that the Clerk of Court may withdraw, from the proceeds, of Appellant's Appeal, the fees, for the Complaint, and the fees, for the filing of the Notice of Appeal, filed with the District Court, on June 5th, 2008.

*Wherefore*, for the above-stated facts mentioned by Appellant, Dean E. Cochran, Appellant, requests that the Clerk of the District Court or the Clerk of Court, for the United States Court of Appeals, for the Seventh Circuit, grant the Stipulation Regarding Payment Of Fees And Costs Not Prepaid, by Appellant, and if any Recovery be paid to Appellant, to the Clerk, that the Appellant, be present, by Place: Date Time: and Location, at the time of payment, to the Clerk, to alleviate any perceptions, or possibilities of

2

deception, in which have occurred previously, as pertaining to Appellant's past Complaints, or filings for Notice of Appeal.

7/2/2008

Respectfully Submitted,

[signature]

Dean E. Cochran/ Pro Se Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302 (Or)

1039 W. Lawrence Street, Rm. 615
Chicago, Illinois 60640
(773) 561-1133

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, APPELLANT'S DOCKETING STATEMENT, WAS HAD BY TRUE COPY THEREOF,** to the Clerk of Court of the United States District Court for the Northern District of Illinois, Eastern, by personal delivery, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and the Bank Manager, for the Bank Of America, (Fka) LaSalle Bank, N.A., LaSalle Bank Corporation, Stony Island Branch, 1651 E. 95th Street, Chicago, Illinois 60617, and all parties to the Appeal, all on this 2nd day of June, 2008, by Appellant, Dean E. Cochran.

7/2/2008

[signature]

Dean E. Cochran/ Pro Se Appellant

Bank Of America
(Fka) LaSalle Bank, N.A.
LaSalle Bank Corporation
Stony Island Branch
1651 E. 95th Street
Chicago, Illinois 60617
(773) 933-7900
(Fax) (773) 768-4011

9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302 (Or)

1039 W. Lawrence Avenue, Rm. 615
Chicago, Illinois 60640
(773) 561-1133

Elaine E. Bucklo  
Everett McKinley Dirksen  
219 South Dearborn Street  
Chambers No.: 1446  
Chicago, Illinois 60604  

Director-Michael Colarusso  
**UNITED STATES TREASURY**  
Philadelphia Regional Center  
P.O. Box 51317  
Philadelphia, Penn. 19115-6317  

C/O Claimant Services Supervisor  
**UNITED STATES TREASURY**  
Prince George Center II  
3700 E.W. Highway  
Hyattsville, Maryland 20752  

4

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

DEAN E. COCHRAN ) Appeal from the United States District Court for the
) NORTHERN District of ILLINOIS
)
v. Case No. 08-2507 ) District Court No. 08 CV 02080
BANK OF AMERICA )
(FKA) LASALLE BANK N.A. ) District Court Judge DAVID H. COAR

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: /s/ Dean C. Cochran

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 7-2-2008

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $N/A | $0 | $N/A |
| Self-employment | $0 | $" | $0 | $" |
| Income from real property (such as rental income) | $0 | $" | $0 | $" |
| Interest and dividends | $0 | $" | $0 | $" |
| Gifts | $0 | $" | $0 | $" |
| Alimony | $0 | $" | $0 | $" |
| Child support | $0 | $" | $0 | $" |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $" | $0 | $" |
| Disability (such as social security, insurance payments) | $630.00 | $" | $637 | $" |
| Unemployment payments | $0 | $" | $0 | $" |
| Public-assistance (such as welfare) | $ | $" | $38.00 | $" |
| Other (specify): | $ | $" | $0 | $" |
| **Total monthly income:** | $668 | $" | $675 | $" |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| US POSTAL SRV | 2302 PULASKI | 7-19-71-28-91 | $800.00 P.M. |
| H. EDISON CO. | 150 S. FRONT ST | 7-27-79-4-7-82 | $1400.00 P.M. |
| BLAW-KNOX | 75 PENNSULA | 7-77-4-28-79 | $2200.00 P.M. |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | — | — | — |

4. How much cash do you and your spouse have? $ 108.00
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BANK OF AMER | SAVINGS | $270.00 | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 0 | 0 | Make & year: 0 |
| 0 | 0 | Model: 0 |
|  |  | Registration # 0 |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: 0 | 0 | 0 |
| Model: 0 | 0 | 0 |
| Registration # 0 | 0 | 0 |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| BANK OF AMER. | $12.4 BILLION | N/A |
| AMERICAN NAT. | $10 BILLION | '' |
| NORTH FEDERAL | $10 BILLION | '' |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| JAHNII K.M. GALLAWAY | SON | 29 |
| DOMINIQUE S.H. | '' | 27 |
| SAKITA T.R. | DAUGHTER | 26 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [X] Yes [ ] No  Is property insurance included? [X] Yes [ ] No | $515.00 | N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0 | '' |
| Home maintenance (repairs and upkeep) | $0 | '' |
| Food | $74.00 | '' |
| Clothing | $0 | '' |
| Laundry and dry-cleaning | $5.00 | '' |
| Medical and dental expenses | $0 | '' |
| Transportation (not including motor vehicle expenses | $40.00 | '' |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | '' |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $0 | '' |

3

| | | |
|---|---|---|
| Life | $ 0 | $ N/a |
| Health | $ 0 | $ " |
| Motor vehicle | $ 0 | $ " |
| Other: _____ | $ 0 | $ " |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ " |
| Installment payments | $ 0 | $ " |
| Motor Vehicle | $ 0 | $ " |
| Credit card (name): _____ | $ 0 | $ " |
| Department store (name): _____ | $ 0 | $ " |
| Other: _____ | $ 0 | $ " |
| Alimony, maintenance, and support paid to others | $ 0 | $ " |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 50.00 | $ " |
| Other (specify): LEGAL PREPARATION | $ 0 | $ " |
| Total monthly expenses: | $ 68/.00 | $ " |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?** INCOME FROM MY LEGAL SETTLEMENT OF THIS CASE
[X] Yes [ ] No If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

THE MONTHLY INCOME I RECEIVE, IS UTILIZED TO PAY ME MONTHLY RENT. WHICH IS $515.00 P.M.

13. State the address of your legal residence.

9335 S. MERRILL AVE.
CHICAGO, IL. 60617 (OR) 1039 W. LAWRENCE AVE,
CHICAGO, IL 60640

Your daytime phone number: (773) 731-9302 (OR) 773-561-1133 RM. 615

Your age: 51  Your years of schooling: 15

Your social-security number: 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

5