

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 09, 2008

BEFORE

FRANK H. EASTERBROOK, Chief Judge
RICHARD A. POSNER, Circuit Judge
DIANE P. WOOD, Circuit Judge

FILED
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2460 | DEAN E. COCHRAN, Plaintiff - Appellant<br><br>v.<br><br>LASALLE BANK, N.A., Parent Corporation, LASALLE BANK CORP., its affiliate, BANK OF AMERICA, an unknown Houston, Texas bank, Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:08-cv-02080<br>Northern District of Illinois, Eastern Division<br>District Judge David Coar | |

The following are before the court:

1. APPELLANT'S MOTION FOR STAY OR INJUNCTION PENDING APPEAL, filed on July 3, 2008, by the pro se appellant.

2. MOTIONS FOR DISCOVERY, filed on July 3, 2008, by the pro se appellant.

IT IS ORDERED that #1 and #2 are DENIED. This court will not accept for filing any more documents from Mr. Cochran until he has paid the filing fee in this appeal.

form name: c7_Order_3J (form ID: 177)