

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

July 30, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

**FILED**

JUL 3 1 2008  PH
JUL 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2460 | DEAN E. COCHRAN, Plaintiff - Appellant<br><br>v.<br><br>LASALLE BANK, N.A., Parent Corporation, LASALLE BANK CORP., its affiliate, BANK OF AMERICA, an unknown Houston, Texas bank, Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-02080
Northern District of Illinois, Eastern Division
Court Reporter T. McCullough
Clerk/Agency Rep Michael Dobbins
District Judge David Coar

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any

direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | Circuit Rule 3(b) |
| STATUS OF THE RECORD: | record to be returned later |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**　　　　　　　　　　　　　　　**Received by:**

_____　　　　　　_____

form name: c7_Mandate (form ID: 135)