**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**F I L E D**

JUL 3 1 2008   PH
JUL 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 30, 2008

| | |
|---|---|
| No.: 08-2460 | DEAN E. COCHRAN, Plaintiff - Appellant<br><br>v.<br><br>LASALLE BANK, N.A., Parent Corporation, LASALLE BANK CORP., its affiliate, BANK OF AMERICA, an unknown Houston, Texas bank, Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:08-cv-02080
Northern District of Illinois, Eastern Division
Court Reporter T. McCullough
Clerk/Agency Rep Michael Dobbins
District Judge David Coar

This cause, docketed on June 12, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate (form ID: 132)

A True Copy
Teste:

_Deserea Stevens Depey_

Clerk of the United States
Court of Appeals for the
Seventh Circuit