

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

August 13, 2008

**FILED**
Aug 13, 2008
AUG 1 3 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:    Michael Dobbins
       UNITED STATES DISTRICT COURT
       Northern District of Illinois
       Chicago, IL 60604-0000

| No.: 08-2460 | DEAN E. COCHRAN, Plaintiff - Appellant<br><br>v.<br><br>LASALLE BANK, N.A., Parent Corporation, LASALLE BANK CORP., its affiliate, BANK OF AMERICA, an unknown Houston, Texas bank, Defendants - Appellees |
|---|---|

**Originating Case Information**

District Court No: 1:08-cv-02080   08cv2080
Northern District of Illinois, Eastern Division
Court Reporter T. McCullough
Clerk/Agency Rep Michael Dobbins
District Judge David Coar

The mandate or agency closing letter in this cause issued on 7/30/08.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:         Entire record returned consisting of

Pleadings:                      ✓ 1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                  _____

form name: **c7_Record_Return_toDC** (form ID: 205)